# EXHIBIT A

Investigation Summary

# Prepared by CNC Intelligence Inc.

Prepared for:

**Edmond Rambod**

## Disclaimer

This report has been prepared exclusively for Edmon Rambod and their legal representative. No material in this report may be distributed or reproduced without written permission, except for use by Law Enforcement. Without limitation, This Report does not offer any legal guidance or advice of any kind on any subject. In no event shall CNC Intelligence Inc. be liable for any damages resulting from, arising out of, or in connection to the use of the information in this report.

# Contents


1. Our Services ... 4
2. Scope of the Investigation ... 6
3. Executive Summary ... 7
4. Recommendations ... 9
5. Open-Source Intelligence ... 12
6. Initial Transaction Overview ... 24
7. Summary of VASP Addresses ... 26
8. Trace A ... 27
9. Trace B ... 31
10. Trace C ... 36
11. Trace D ... 42
12. Additional Contact Details ... 47
13. Important Terminology ... 52

# 1. Our Services

**CNC Intelligence is here to empower law enforcement agencies investigating and prosecuting cases involving digital assets.**

**Our services include:**

- **Crypto tracing and case assistance:** We provide comprehensive crypto tracing and open source intelligence services to help investigators track down and recover stolen assets. Our team is also available to put you in touch with federal or local partners who may be conducting similar traces.

- **Courses and training:** In addition to our case assistance services, we also offer training and courses to help law enforcement agencies build their knowledge and skills in the realm of cyber and cryptocurrency investigations. From basic introductions to advanced techniques, we have options for learners of all levels.

- **Expert witness services and opinion services:** As experts in the field of cryptocurrency tracing and forensic investigations, we are also available to provide professional opinion services and serve as expert witnesses in legal proceedings. Our team's expertise and credibility can be invaluable in building a strong case.

For further information, please contact us:

investigations@cncintel.com

# Our Partners:

## Professional Associations:

## Forensic Software:

# 2. Scope of the Investigation

- The investigation involves the identification and tracing of cryptocurrency wallet addresses through transactions on a blockchain until a transaction involving a wallet's address owned by a Virtual Asset Service Provider (VASP) such as an exchange is identified.
- Each transaction may have multiple inputs and outputs. The most suitable output chosen for each transaction is determined by using established tracing methodology to reveal the most likely path to a relevant VASP. CNC most often employs the highest out, also know as TIHO method, discussed in the "Important Terminology" section of the report.
- Once a VASP is identified, law enforcement can request KYC (Know Your Customer) information collected by the exchange to obtain the identity and location of the targets.
- When applicable, Open-source intelligence (OSINT) is gathered, and the data analyzed to produce actionable intelligence to assist in identifying the target(s).

# 3. Executive Summary

According to the information provided by Edmond Rambod and analyzed by CNC Intelligence Inc. Edmond Rambod was the victim of a fraudulent property crime which resulted in a financial loss equivalent to approximately $2,231,180 USD.

- CNC Intelligence's investigation team traced the movement of cryptocurrency assets originating from Edmond Rambod's wallet.
- Through forensic analysis, CNC Intelligence Inc. has identified the information needed to ascertain the identity of the suspect.
- CNC Intelligence Inc. has prepared letters to contact the identified entities who, upon request from law enforcement or a court order, should provide the names and location of the suspects in this case.
- This report includes a detailed technical analysis of the movement of the assets and thorough explanation of the findings reached by forensic examination of the transactions provided by the client.
- CNC Intelligence uses both Open and Closed Source Intelligence.
- CNC Intelligence's team is available to assist law enforcement and the public prosecutor's office with this case, upon request at.

**Summary of Events**

We received a list of transactions that were initiated between June and September 2023 to send digital payments to a suspected fraudulent organization using the name coinrule-web3.net.

Based on the information we received from the client, we calculated a loss of 2,230,410.1801 USDT. This sum is approximately equivalent to the US dollar amount of $2,231,180.

We conducted four traces and tracked the movement of cryptocurrency to four exchanges or VASPs (Virtual Asset Service

Providers), known as OKX, Bitkub, Binance, and HTX. An exchange functions much like a bank for cryptocurrency.

All transactions are timestamped according to the time they are recorded in the blockchain. For consistency, all timestamps in this report are listed in Universal Time Coordinated (UTC) unless otherwise noted.

According to our forensic analysis, five significant transfers to an exchange were identified and are detailed in this report. The most likely outcome is an exchange for US Dollars or other government-issued currency.

We recommend that the identified exchanges be contacted and sent a request for the KYC (Know Your Customer) information of the beneficiaries of the relevant cryptocurrency transactions. KYC is a process of identifying and verifying the identity of customers to prevent money laundering and other financial crimes.

We remain available to assist law enforcement and can provide additional information as needed upon request.



**Ivan Bankov**

**Certified Cryptocurrency Investigator**

**CNC Intelligence Inc.**

# 4. Recommendations

The assistance of Law Enforcement or a court order will be required for the following actions.

## 4.1 Entities Identified

- VASP 1 – OKX
  - OKX has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter A attached for additional details.

- VASP 2 – Bitkub
  - Bitkub has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter B attached for additional details.

- VASP 3 – Binance
  - Binance has control over the cryptocurrency that remains in the beneficiary's account and can do the following:
    - Freeze and seize the assets
    - Provide KYC to Law Enforcement
  - Refer to Letter C attached for additional details.

- VASP 4 – HTX
  - HTX has control over the cryptocurrency that remains in the beneficiary's account and can do the following:

        - Freeze and seize the assets
        - Provide KYC to Law Enforcement
    - Refer to Letter D attached for additional details.

- NameSilo, LLC
    - NameSilo, LLC was identified as the Registrar for the URL coinrule-web3.net.
    - Refer to Letter E attached for additional details and subpoena information.

- Cloudflare, Inc.
    - Cloudflare, Inc. was identified as the Nameserver and as the ISP for the IP address for the URL coinrule-web3.net.
    - Refer to Letter F attached for additional details and subpoena information.

- VONAGE NETWORK, INC.
    - VONAGE NETWORK, INC. was identified as the carrier of the telephone number (773)253-4792.
    - Refer to Letter G attached for additional details and subpoena information.

# OSINT Analysis



# 5. Open-Source Analysis

This section provides an overview using open-source intelligence of preliminary findings regarding targets involved in fraudulent activities. The investigation focused on identifying the location and activities of the targets, as well as determining ownership of the domain associated with their operations.

## 5.1 Current Website

The website investigated is: coinrule-web3.net. Below is a screenshot of the website taken on January 31, 2024.




## 5.2 Current DNS, ISP, MX Information

Registrar: NameSilo, LLC

Nameserver: destiny.ns.cloudflare.com; igor.ns.cloudflare.com – hosted by Cloudflare, Inc.

MX: No MX (Mail Exchange) records were recovered.

## coinrule-web3.net

whois information

Whois | DNS Records | Diagnostics

cache expires in 1 days, 0 hours, 0 minutes and 0 seconds

### Registrar Info

| | |
|---|---|
| Name | NameSilo, LLC |
| Whois Server | whois.namesilo.com |
| Referral URL | https://www.namesilo.com/ |
| Status | clientTransferProhibited https://www.icann.org/epp#clientTransferProhibited |

### Important Dates

| | |
|---|---|
| Expires On | 2025-08-03 |
| Registered On | 2022-08-03 |
| Updated On | 2024-01-25 |

### Name Servers

| | |
|---|---|
| destiny.ns.cloudflare.com | 162.159.38.76 |
| igor.ns.cloudflare.com | 172.64.33.119 |

## coinrule-web3.net

DNS information

Whois | DNS Records | Diagnostics

### DNS Records for coinrule-web3.net

| Hostname | Type | TTL | Priority | Content |
|---|---|---|---|---|
| coinrule-web3.net | SOA | 1800 | | destiny.ns.cloudflare.com dns@cloudflare.com 2330995434 10000 2400 604800 1800 |
| coinrule-web3.net | NS | 21600 | | destiny.ns.cloudflare.com |
| coinrule-web3.net | NS | 21600 | | igor.ns.cloudflare.com |
| coinrule-web3.net | A | 300 | | 172.67.175.189 |
| coinrule-web3.net | A | 300 | | 104.21.40.45 |
| coinrule-web3.net | AAAA | 300 | | 2606:4700:3035::6815:282d |
| coinrule-web3.net | AAAA | 300 | | 2606:4700:3035::ac43:afbd |

ISP for the IP address of the domain (coinrule-web3.net): Cloudflare, Inc.

| IP Address Reputation & Risk Details: | |
|---|---|
| Country: | US |
| City: | San Francisco |
| Region: | California |
| Hostname: | 104.21.40.45 |
| ISP | Cloudflare |
| Organization | Cloudflare |
| ASN | 13335 |
| Proxy Status: | true |
| VPN Status: | true |
| TOR Status: | false |
| Fraud Score | 93<br>75+ = suspicious \| 85+ = risky \| 90+ = high risk |
| Abuse Velocity: | medium |
| Recent Abuse: | true |
| Bot Activity: | false |
| Connection Type: | Data Center |
| Time Zone | America/Los_Angeles |
| Request ID | KflEnr4qSx |

## 5.3 Domain Map

Following the DNS addresses leads to one geolocation: the USA. We have detected a Virtual Private Network (VPN) or proxy therefore Geolocation may not be accurate.




## 5.4 Relationship with other Websites




## 5.5 Technical Checks performed for coinrule-web3.net on February 01, 2024

Here is the tabular report for the website investigation of COINRULE-WEB3.NET:

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| Widgets | LiveChat | Aug-22 | Jan-24 | A tool for online customer service and support. | Not relevant |
| Widgets | Freshchat | Aug-22 | Jan-24 | A messaging software for engaging with customers. | Not relevant |
| Widgets | Freshdesk Chat | Aug-22 | Jan-24 | Another platform for live customer support. | Not relevant |
| Frameworks | Vant | Jun-23 | Jan-24 | A lightweight, mobile-oriented UI framework. | Not relevant |
| Mobile | Apple Mobile Web App Capable | Aug-22 | Jan-24 | Indicates the site is optimized for viewing on Apple mobile devices. | Not relevant |
| Mobile | iPhone / Mobile Compatible | Aug-22 | Jan-24 | Shows that the website is designed to work on mobile devices, including iPhones. | Not relevant |
| Mobile | Apple Mobile Web App Status Bar Style | Aug-22 | Jan-24 | Refers to the style of the status bar for a web application saved to an iPhone's home screen. | Not relevant |

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| Mobile | Apple Mobile Web Clips Icon | Aug-22 | Jan-24 | An icon representing the website on the home screen of Apple devices. | Not relevant |
| Mobile | Apple Mobile Web Clips Startup | Aug-22 | Jan-24 | The startup image for a web application when launched from an Apple device. | Not relevant |
| Mobile | Viewport Meta | Aug-22 | Jan-24 | A tag that controls the layout on mobile browsers. | Not relevant |
| Content Delivery Network | Cloudflare | Aug-22 | Jan-24 | A CDN service used for improving website performance and security. | Not relevant |
| JavaScript Libraries and Functions | Vue | Aug-22 | Jan-24 | A progressive JavaScript framework used for building UIs and single-page applications. | Not relevant |
| JavaScript Libraries and Functions | Vuex | Jun-23 | Jan-24 | A state management pattern + library for Vue.js applications. | Not relevant |

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| JavaScript Libraries and Functions | Core-js | Aug-22 | Jan-24 | A modular standard library for JavaScript, providing polyfills for many common functions. | Not relevant |
| JavaScript Libraries and Functions | Intersection Observer | Aug-22 | Jan-24 | An API for asynchronously observing changes in the intersection of a target element with an ancestor element or with a top-level document's viewport. | Not relevant |
| JavaScript Libraries and Functions | Webpack | Aug-22 | Jan-24 | A static module bundler for modern JavaScript applications. | Not relevant |
| SSL Certificates | SSL by Default | Aug-22 | Jan-24 | SSL certificates are enabled by default for secure connections. | Not relevant |
| Web Hosting Providers | Cloudflare Hosting | Aug-22 | Jan-24 | US hosting, Cloud Hosting, Cloud PaaS provided by Cloudflare. | Subpoena Cloudflare |
| Web Hosting Providers | Cloudflare Network Error Logging | Aug-22 | Jan-24 | Error logging services provided by Cloudflare for network issues. | Subpoena Cloudflare |

| Check Performed | Result Found | First Detected | Last Detected | Description | Recommendation for Subpoena |
|---|---|---|---|---|---|
| Name Server | Cloudflare DNS | Aug-22 | Jan-24 | DNS services provided by Cloudflare. | Subpoena Cloudflare |
| Operating Systems and Servers | IPv6 | Aug-22 | Jan-24 | Support for IPv6 addresses enabled. | Not relevant |
| Verified CDN | Cloudflare CDN | Aug-22 | Jan-24 | Content Delivery Network services provided by Cloudflare. | Subpoena Cloudflare |
| Registrar Services | Namesilo | Aug-22 | Aug-23 | Domain registration services provided by Namesilo. | Subpoena Namesilo |
| Content Delivery Network | Content Delivery Network | Aug-22 | Jan-24 | General CDN services enabled, likely through Cloudflare. | Subpoena Cloudflare |

Please note that the subpoena recommendations are based on the provided results and their potential to provide further information for an investigation. They are not legal advice and should be reviewed with your legal team.

## 5.6 Phone Number

VOIP: Yes

Carrier: VONAGE NETWORK, INC.

| Phone Number Details: | |
|---|---|
| Formatted: | +17732534792 |
| Local Format: | (773) 253-4792 |
| Valid: | true |
| Active: | true<br>Contact our support team to enable enhanced line activation checks, which determine if a phone number is disconnected or reachable. |
| Fraud Score: | 65 |
| Recent Abuse: | false |
| VOIP: | true |
| Prepaid: | false |
| Risky: | true |
| Name: | N/A |
| Associated Emails: | |
| Carrier: | VONAGE NETWORK INC. |
| Line Type: | VOIP |
| User Activity: | Enterprise L4+ required. |
| Leaked Online: | false |
| Spammer: | false |
| Country: | US |
| City: | CHICAGO |
| Region: | IL |
| Zip Code: | 60604 |
| Timezone: | America/Chicago |
| Dialing Code: | 1 |
| Active Status (Enhanced Lookup): | N/A<br>Contact our support team to enable enhanced line activation checks. |
| Request ID: | Kflg00LuHs |

## 5.7 Email Addresses

support@coinrule-web.com

| Email Address Validation & Reputation Details: | |
|---|---|
| Email Analysis: | Valid Email |
| Disposable: Temporary and throwaway mail servers commonly used by fraudsters and abusive users. | false |
| First Name: | Corporate |
| Generic/Role Based Account: | true |
| Common Email Provider: Popular personal email services like gmail, yahoo, hotmail, etc. | false |
| Spam Trap Score: Estimation of the email as a spam trap. Scrub values with "high" from your marketing lists to avoid deliverability issues. | none |
| Frequent Complainer: Detects if this email frequently unsubscribes from marketing lists or reports email as SPAM. | false |
| Suspect Result: These results may indicate if the mail server treats all email addresses on this domain as valid. Valid results for this domain may not be accurate. | false |
| Recent Abuse: Has this email recently engaged in fraudulent activity across our network? Such as chargebacks, ATO, fake accounts, phishing, spam, etc. | false |
| Fraud Score: Overall risk analysis score (0 to 100) based on recent behavior, reputation, and machine learning. Values = 100 indicate confirmed fraud. | 90<br>75+ = suspicious \| 85+ = risky \| 90+ = high risk |
| Catch All: Indication if an email is likely to be a catch all. | false |
| Data Leak: Signals if the email address has been exposed in a data breach. | false |
| User Activity: Measures legitimate behavior for this email including purchases, account registrations, and natural online activity. | Enterprise L4+ required. |
| First Seen: First time IPQS analyzed this email address. | just now |
| Domain Age: Newly registered domains are often used by fraudsters & bots. | 5 months ago |
| Domain Velocity: How frequently legitimate users interact with the domain online. | none |
| Suggested Domain: Indication if an email's domain may be a typo. Suggests a popular mail service domain to correct the typo. | N/A |
| SMTP Score: -1 = invalid \| 0 = mail server rejecting mail \| 1 = temporary rejection error \| 2 = catch all server \| 3 = verified email. | 3 |
| Overall Score: 0 = invalid \| 1 = DNS valid, unreachable server \| 2 = temporary rejection error \| 3 = catch all server \| 4 = verified email. | 4 |
| MX Records: A list of associated MX Records. | mx2.zoho.com<br>mx3.zoho.com<br>mx.zoho.com |

annamhatre1102@gmail.com

| Email Address Validation & Reputation Details: | |
|---|---|
| Email Analysis: | Valid Email |
| Disposable: Temporary and throwaway mail servers commonly used by fraudsters and abusive users. | false |
| First Name: | Anna |
| Generic/Role Based Account: | false |
| Common Email Provider: Popular personal email services like gmail, yahoo, hotmail, etc. | true |
| Spam Trap Score: Estimation of the email as a spam trap. Scrub values with "high" from your marketing lists to avoid deliverability issues. | none |
| Frequent Complainer: Detects if this email frequently unsubscribes from marketing lists or reports email as SPAM. | false |
| Suspect Result: These results may indicate if the mail server treats all email addresses on this domain as valid. Valid results for this domain may not be accurate. | false |
| Recent Abuse: Has this email recently engaged in fraudulent activity across our network? Such as chargebacks, ATO, fake accounts, phishing, spam, etc. | false |
| Fraud Score: Overall risk analysis score (0 to 100) based on recent behavior, reputation, and machine learning. Values = 100 indicate confirmed fraud. | 45<br>75+ = suspicious \| 85+ = risky \| 90+ = high risk |
| Catch All: Indication if an email is likely to be a catch all. | false |
| Data Leak: Signals if the email address has been exposed in a data breach. | false |
| User Activity: Measures legitimate behavior for this email including purchases, account registrations, and natural online activity. | Enterprise L4+ required. |
| First Seen: First time IPQS analyzed this email address. | just now |
| Domain Age: Newly registered domains are often used by fraudsters & bots. | 28 years ago |
| Domain Velocity: How frequently legitimate users interact with the domain online. | high |
| Suggested Domain: Indication if an email's domain may be a typo. Suggests a popular mail service domain to correct the typo. | N/A |
| SMTP Score: -1 = invalid \| 0 = mail server rejecting mail \| 1 = temporary rejection error \| 2 = catch all server \| 3 = verified email. | 3 |
| Overall Score: 0 = invalid \| 1 = DNS valid, unreachable server \| 2 = temporary rejection error \| 3 = catch all server \| 4 = verified email. | 4 |

| | |
|---|---|
| MX Records: A list of associated MX Records. | gmail-smtp-in.l.google.com alt1.gmail-smtp-in.l.google.com alt4.gmail-smtp-in.l.google.com alt3.gmail-smtp-in.l.google.com alt2.gmail-smtp-in.l.google.com |

# 6. Initial Transaction Overview

## 6.1 All Initial Digital Transactions-Cryptocurrency

| Date | Transaction Hash | Initial Receiving Address Name | Initial Receiving Address | Amount Sent* | USD | Trace | Page |
|---|---|---|---|---|---|---|---|
| June 27, 2023 | 0xbf3cf67e4d492d9b516bc81deab38be9f16254e37b93717d74d893f77022753c | Address a1 | 0xf7c02c5a480651f4eb21f8ae6e6fdde1988724a8 | 44,542.4497 USDT | $44,557 | A | 27 |
| June 30, 2023 | 0xd14027f7c6ab6d9a64e92fb5b2cb60e07a1e1996133228a25a72f20e4cc7d7cd | Address a1 | 0xf7c02c5a480651f4eb21f8ae6e6fdde1988724a8 | 154,186.6482 USDT | $154,286 | B | 31 |
| July 12, 2023 | 0x23e91b1b34b388a3a22ca08f735ac86d1880d4aa2678e2e12c53a3d75c292be3 | Address a1 | 0xf7c02c5a480651f4eb21f8ae6e6fdde1988724a8 | 49,054.4549 USDT | $49,070 | C | 36 |
| September 07, 2023 | 0x5a39901c32fbb22238e692198cd867169428dcca7fd867a04a581c684b46cfbc | Address d1 | 0x7b27730907e9fa376347b0fc56b1dc43855001eb | 1,982,626.6273 USDT | $1,983,267 | D | 42 |
| **TOTAL CONFIRMED TRANSFERS** | | | | **2,230,410.1801 USDT** | | | |

*All amounts are rounded to the 5th decimal place

**Exchange rates are based either on the documentation provided by the client or the exchange rate at the close of the transaction date.

# Cryptocurrency Traces



# 7. Summary of VASP Addresses

The table "Significant Transfers to VASP" summarizes the transfer of assets that it appears were received by the suspected target based on our forensic analysis. CNC recommends that the relevant exchanges be sent requests for KYC information for the beneficiary of these transactions.

## 7.1 Significant Transfers to VASP

| Date | Sending Address | Transaction Hash | Amount | VASP Receiving Address | VASP | Trace | Page |
|---|---|---|---|---|---|---|---|
| July 03, 2023 | 0x3cfb55d880bf8ca2295ed0fb25aa70852e7075a3 | 0x79146b11d834548c0706eb8290d9358fbfcc29ba04928bf83716610d848349cc | 100,000 USDT | 0x31361a469a5bdd25442aac83472621c98fa708db | OKX | A | 27 |
| July 03, 2023 | 0x3cfb55d880bf8ca2295ed0fb25aa70852e7075a3 | 0x42eaeb24d213a8945e60e6d0402c25b7796a012bd677ff09ad5d596c400cd091 | 280,000 USDT | 0x5453fd1ef17c8c4f2042b07416573c3eca19d247 | Bitkub | A | 27 |
| July 28, 2023 | 0x90ad38e8e0f910e1442a3e5ea9103d4e777f9bc3 | 0x44af40d0a475b52f44a496b79540ac4ebfd39d59e1c611068f02f605449912a2 | 599,950 USDT | 0x9667447ad52de818ab287d4b54cc13e142860eb4 | Binance | B | 31 |
| July 28, 2023 | 0x9667447ad52de818ab287d4b54cc13e142860eb4 | 0x87f14045be3499015569527756e6a8b899848718d5c0779b7086d8a464a939ef | 600,000 USDT | 0x28c6c06298d514db089934071355e5743bf21d60 | Binance Hotwallet | B | 31 |
| August 08, 2023 | 0xc79b5817b4d476bb2c66d4af3bf58b18efaa4469 | 0xc2c0b91e786fb167fd8d72cf3be5293abe5f32c3be4748a77c54f818dd2d7288 | 499,900 USDT | 0x7d04b46f938cc9f2813f139e785209c55dcb7f98 | OKX | C | 36 |
| August 08, 2023 | 0x7d04b46f938cc9f2813f139e785209c55dcb7f98 | 0x069f00b5fcfdf4251dfd67ee89c5ab4634f482d87146f5f4135f0bf680f0d1a5 | 500,000 USDT | 0x96fdc631f02207b72e5804428dee274cf2ac0bcd | OKX Hotwallet | C | 36 |
| September 11, 2023 | 0x9cd3d26fab7e12dc070cf7223ac488c936f50f39 | 0x7becfe0c4c0ef998475d9bd76b27d7f6db277023617fc3230a1463c62cf9b00b | 400,000 USDT | 0x3436b88aa833c343dffed7fe394942fdeb7108d1 | HTX | D | 42 |

*Highlighted rows signify an exchange "hotwallet" which may not give a particular individual's identifying info, therefore the transaction prior to the final transfer to VASP is included in the table and in the Letter to VASP.

# 8. Trace A

## 8.1 Overview of Trace A

An initial amount of 44,542.4497 USDT was sent over seven transactions and 100,000 USDT was received by an address in an OKX wallet, and 280,000 USDT was received by an address in a Bitkub wallet.




## 8.2 Proof of Initial Transaction

Edmond Ramond provided the screenshot below as proof of initial transaction.



## 8.3 List of Transactions

**Transaction 1**

The initial transaction was made on June 27, 2023, at 02:38. 44,542.4497 USDT was sent via

0xbf3cf67e4d492d9b516bc81deab38be9f16254e37b93717d74d893f77022753c (**Hash A1**)

to 0xf7c02c5a480651f4eb21f8ae6e6fdde1988724a8 (**Address a1**).




**Transaction 2**

On June 27, 2023, at 06:53, 44,542.4497 USDT was sent from **Address a1** via

0x31748b7c54221378e3a4a47841980d6e24a52eb43121e834d03c9764aef016ca (**Hash A2**)

to 0xbd5e74330b47e9de332f1f62c8d87edc0181b1af (**Address a2**).




**Transaction 3**

On June 28, 2023, at 10:58, 143,023.8515 USDT was sent from **Address a2** via

0xe8e14c06aa03ba0018d72091fa246a80344b2062a612b92eefd54f782de0ee6c (**Hash A3**)

to 0x11bd21e4451769cee296f1328e7d7fdaa41ac39e (**Address a3**).




**Transaction 4**

On June 29, 2023, at 17:39, 600,000 USDT was sent from **Address a3** via

0x2862eb178dd5fb915930b25d87b2c7bd6d132c8d132a58ec6cb6bba5fbb4f4ea (**Hash A4**)

to 0x699c0cf01479df74327fcefbf9db03d0a3b2064f (**Address a4**).




**Transaction 5**

On June 29, 2023, at 18:02, 628,571 USDT was sent from **Address a4** via

0x0a39ad16508a5487ea5b76016d26269b43dde94aafd3b506eb47cc3398a7ef29 (**Hash A5**)

to 0x3cfb55d880bf8ca2295ed0fb25aa70852e7075a3 (**Address a5**).




**Transaction 6**

On July 03, 2023, at 16:20, 100,000 USDT was sent from **Address a5** via

0x79146b11d834548c0706eb8290d9358fbfcc29ba04928bf83716610d848349cc (**Hash A6**)

to 0x31361a469a5bdd25442aac83472621c98fa708db (**VASP 1, Address a6**) in an OKX wallet.




**Transaction 7**

On July 03, 2023, at 16:51, 280,000 USDT was sent from **Address a5** via

0x42eaeb24d213a8945e60e6d0402c25b7796a012bd677ff09ad5d596c400cd091 (**Hash A7**)

to 0x5453fd1ef17c8c4f2042b07416573c3eca19d247 (**VASP 2, Address a7**) in a Bitkub wallet.



# 9. Trace B

## 9.1 Overview of Trace B

An initial amount of 154,186.6482 USDT was sent over nine transactions and 600,000 USDT was received by an address in a Binance wallet.




## 9.1 Proof of Initial Transaction

The client provided the screenshot below as proof of initial transaction.




## 9.2 List of Transactions

**Transaction 1**

The initial transaction was made on June 30, 2023, at 23:17. 154,186.6482 USDT was sent via

0xd14027f7c6ab6d9a64e92fb5b2cb60e07a1e1996133228a25a72f20e4cc7d7cd (**Hash B1**)

to **Address a1**.




**Transaction 2**

On July 01, 2023, at 06:16, 154,186.6482 USDT was sent from **Address a1** via

0x5f8c7d9a3249aa0363efe4631a874d1bf82ae003e48cdd530e8f8e38879968b6 (**Hash B2**)

to **Address a2**.




**Transaction 3**

On July 02, 2023, at 09:59, 160,000 USDT was sent from **Address a2** via

0xd911d76c9c07ccc3b818b8fc49b3037a1cf389857f21101ae8ff1806f91a79a1 (**Hash B3**)

to 0xbbb30a686d0fef817dc58ae03ee28b09ca3ef8fa (**Address b1**).




**Transaction 4**

On July 06, 2023, at 06:38, 150,000 USDT was sent from **Address b1** via

0x66f63eabf7e1a99063507170b2f5eafa08cae279a127159ebd46dfa569d0ac82 (**Hash B4**)

to 0x3a30f406d55399ba533697d7b50e5ba14bfad619 (**Address b2**).




**Transaction 5**

On July 06, 2023, at 06:59, 130,000 USDT was sent from **Address b2** via

0x316a627d3272948f23b426f3669ac5aef4ac1bb1f3c711d4197f1437dfba3b21 (**Hash B5**)

to 0x23d9136699f9ddf075138f90d28146e0a53d658d (**Address b3**).




**Transaction 6**

On July 06, 2023, at 07:01, 154,369.83 USDT was sent from **Address b3** via

0x7746e68235173e2b6fa94648fa3bee6f7f3b2d47543a2e6a6962c0bc7fb95876 (**Hash B6**)

to 0xa7251ee4383bd1707ba6c5561a9a2e4a9d6af23d (**Address b4**).




**Transaction 7**

On July 06, 2023, at 07:41, 100,000 USDT was sent from **Address b4** via

0xde02c7f6b00bda100c6b2b668780d624fdc8c3e5284f2942f6cee47094510f5a (**Hash B7**)

to 0x90ad38e8e0f910e1442a3e5ea9103d4e777f9bc3 (**Address b5**).




**Transaction 8**

On July 28, 2023, at 07:58, 599,950 USDT was sent from **Address b5** via

0x44af40d0a475b52f44a496b79540ac4ebfd39d59e1c611068f02f605449912a2 (**Hash B8**)

to 0x9667447ad52de818ab287d4b54cc13e142860eb4 (**Address b6**).




**Transaction 9**

On July 28, 2023, at 08:31, 600,000 USDT was sent from **Address b6** via

0x87f14045be3499015569527756e6a8b899848718d5c0779b7086d8a464a939ef (**Hash B9**)

to 0x28c6c06298d514db089934071355e5743bf21d60 (**VASP 3, Address b7**) in a Binance wallet.



# 10. Trace C

## 10.1 Overview of Trace C

An initial amount of 49,054.4549 USDT was sent over thirteen transactions and 500,000 USDT was received by an address in an OKX wallet.




## 10.1 Proof of Initial Transaction

The client provided the screenshot below as proof of initial transaction.




## 10.2 List of Transactions

**Transaction 1**

The initial transaction was made on July 12, 2023, at 00:01. 49,054.4549 USDT was sent via

0x23e91b1b34b388a3a22ca08f735ac86d1880d4aa2678e2e12c53a3d75c292be3 (**Hash C1**)

to **Address a1**.




**Transaction 2**

On July 12, 2023, at 02:33, 65,297.86469 USDT was sent from **Address a1** via

0x0e3db0e75950b0cb788f5dd1386b857f58b0f44155223d6e676cc3e48b3e9315 (**Hash C2**)

to **Address a2**.




**Transaction 3**

On July 13, 2023, at 09:24, 94,165.9645 USDT was sent from **Address a2** via

0x3f5e14a10598b1a5701755883604a29e456a898e40bd5438ddcdfae72b97051a (**Hash C3**)

to 0x04ae60c36e39462e0ca788bffdfc5c6cb2509c18 (**Address c1**).




**Transaction 4**

On July 27, 2023, at 04:28, 90,987.95045 USDT was sent from **Address c1** via

0x1c88f360befc900964bcd855ee32978bc8202a7a9d06c0d5e699c513fb97756c (**Hash C4**)

to 0xebd1bdf3d02a9c51737a762d87ecf86ed5cb918a (**Address c2**).




**Transaction 5**

On July 28, 2023, at 07:31, 341,700 USDT was sent from **Address c2** via

0xb8b2a9d06854c08a9badae82844b94d0be529fae4c48c0c0669dc72d616004f1 (**Hash C5**)

to 0xd745848a4f4e144b728fd312111523496f0965c8 (**Address c3**).




**Transaction 6**

On July 30, 2023, at 09:41, 147,059 USDT was sent from **Address c3** via

0xb2c78c8fd0d5e583690f80ffa755e372a50298dfe54d2f9b1b3d3c22b4b54543 (**Hash C6**)

to 0x51ba9639b5048ee847a9fcb2c86433b8cc9f55c7 (**Address c4**).




**Transaction 7**

On July 30, 2023, at 12:53, 433,829 USDT was sent from **Address c4** via

0xb134f1616ac9243854c532d1d9ee2a50ee7b238ecfd9e6889e1e495f961cb3c0 (**Hash C7**)

to 0xb4d48eb59f3f191d6a2d5eac2a1c0c3416afe7f5 (**Address c5**).




**Transaction 8**

On July 31, 2023, at 08:14, 209,700 USDT was sent from **Address c5** via

0x1b6a51ea41175d38a81c86b9a7a076afcd7db0093f839a53139c4221b3aeae8c (**Hash C8**)

to 0xb231bd03575e790528bcb6c09212aab0705f29e2 (**Address c6**).




**Transaction 9**

On July 31, 2023, at 10:20, 209,700 USDT was sent from **Address c6** via

0x4ee19ce34590e391e7870ea88d38e03676967f7a8df305a376ee566518320e0d (**Hash C9**)

to 0xe33df41ec8cafb953f87b69ec8460a9f4b5f4938 (**Address c7**).




**Transaction 10**

On July 31, 2023, at 10:21, 850,000 USDT was sent from **Address c7** via

0x0a9c71d5d6eb7af460b473b8a7c515829f0aec5516ebaeb78c98ee6291cb2bc1 (**Hash C10**)

to 0x9dc11a61f145363b2ae4eebdc0ce50f07a3a0cf9 (**Address c8**).




**Transaction 11**

On August 08, 2023, at 10:17, 500,000 USDT was sent from **Address c8** via

0xb9c0211610a338399f0f6fec7f439f41ccffbf7c1f651f3c6dc9c732bffdf3d1 (**Hash C11**)

to 0xc79b5817b4d476bb2c66d4af3bf58b18efaa4469 (**Address c9**).




**Transaction 12**

On August 08, 2023, at 11:43, 499,900 USDT was sent from **Address c9** via

0xc2c0b91e786fb167fd8d72cf3be5293abe5f32c3be4748a77c54f818dd2d7288 (**Hash C12**)

to 0x7d04b46f938cc9f2813f139e785209c55dcb7f98 (**Address c10**).




**Transaction 13**

On August 08, 2023, at 11:43, 500,000 USDT was sent from **Address c10** via

0x069f00b5fcfdf4251dfd67ee89c5ab4634f482d87146f5f4135f0bf680f0d1a5 (**Hash C13**)

to 0x96fdc631f02207b72e5804428dee274cf2ac0bcd (**VASP 1, Address c11**) in an OKX wallet.



# 11. Trace D

## 11.1 Overview of Trace D

An initial amount of 1,982,626.6273 USDT was sent over six transactions and 400,000 USDT was received by an address in an HTX wallet.




## 11.1 Proof of Initial Transaction

The client provided the screenshot below as proof of initial transaction.




## 11.2 List of Transactions

**Transaction 1**

The initial transaction was made on September 07, 2023, at 02:59. 1,982,626.6273 USDT was sent

via 0x5a39901c32fbb22238e692198cd867169428dcca7fd867a04a581c684b46cfbc (**Hash D1**)

to 0x7b27730907e9fa376347b0fc56b1dc43855001eb (**Address d1**).




**Transaction 2**

On September 07, 2023, at 03:14, 1,982,626.6273 USDT was sent from **Address d1** via

0x05fb0005c6769c80158953f762ec47ed107f844fecef22a9b7ef41338445f139 (**Hash D2**)

to 0x6ea49322b6d6d5ffcb0efdf1540790bb6682a097 (**Address d2**).




**Transaction 3**

On September 07, 2023, at 03:45, 400,000 USDT was sent from **Address d2** via

0x23d48416fe6d3af2a28e8b16416fe7f69d2359190422617e30a734199e5afde2 (**Hash D3**)

to 0x70cd5693e1e07588be1902525ef8940426986140 (**Address d3**).




**Transaction 4**

On September 07, 2023, at 14:28, 400,000 USDT was sent from **Address d3** via

0xbec1d0a5062b394c6b6b822e6262d0ae9b729f6460f3ccf2a322ae8e909511b5 (**Hash D4**)

to **Address c2**.




**Transaction 5**

On September 07, 2023, at 14:30, 300,000 USDT was sent from **Address c2** via

0x1e22e60ebb6e3bdfd46c29c46c05ddabf7e1f2ee8c9bc325a510d90f0a6f9f4d (**Hash D5**)

to 0x9cd3d26fab7e12dc070cf7223ac488c936f50f39 (**Address d4**).




**Transaction 6**

On September 11, 2023, at 22:44, 400,000 USDT was sent from **Address d4** via

0x7becfe0c4c0ef998475d9bd76b27d7f6db277023617fc3230a1463c62cf9b00b (**Hash D6**)

To 0x3436b88aa833c343dffed7fe394942fdeb7108d1 (**VASP 4, Address d5**) in an HTX wallet.



# Additional Contact Details



# 12. Additional Contact Details

## 12.1 VASP 1 – OKX

**Founded by Chinese businessman Star Xu in 2017, OKX claims to be the biggest spot and derivatives cryptocurrency exchange, services 20 million+ traders, in 200+ countries, offers 140+ cryptocurrency assets including privacy coins, 400+ trading pairs against BTC and USDT, provides a wallet service, an OKX pool (to stake your crypto for gains), DeFi platform, OKEx academy and more.**

**URL:** https://okx.com
**Hosting Company:** Cloudflare, Inc.
**Has Offices in the United States.**
**Has Offices in China.**
**Domiciled in the United Kingdom.**

**Contact for Compliance:**
Email: **enforcement@okx.com**
Telephone**: +1 226 798 4487**

**Contact 1:**
Name: **Jay Hao**
Email: **jayhao@okex.com**
Phone: **+852 5808 5768**
Twitter**: @JayHao8**
LinkedIn Page: **https://www.linkedin.com/in/jayhaookex/**

## 12.2 VASP 2 – Bitkub

**Bitkub founded in 2018, headquartered in Bangkok, proclaims itself as Thailand's leading digital asset exchange,. Users can buy, sell, store Bitcoin, Ethereum and other cryptocurrencies with Thai Baht. Services are provided by Bitkub online Co Ltd. a company registered in Thailand.**
**Bitkub Coin (KUB), the native digital currency of Bitkub Chain, was launched in May 2021. KUB is a utility coin, with the ability to be redeemed for fee credits on the Bitkub exchange, also used for a gas fee or a transaction fee for generic transactions on blockchain, as well as to deploy smart contracts on Bitkub Chain.**
**In Feb 2021 Bitkub announced the suspension of new client registration on Friday following an order from the Securities and Exchange Commission (SEC) asking the company to halt accepting new clients until the company proves its platform is able to effectively accommodate trading activities of its existing customers also announcing it is complying with the orders, aiming to fix the issues as soon as possible. Governing law: Thailand**

**URL:** https://bitkub.com
**Address:** 2525, FYI Center, Tower 2, 11th floor, Unit 2/1101-2/1107, Rama 4 Road, Klongtoei Sub-district, Klongtoei District, Bangkok 10110**Affiliations:** BTC Korea.com Co. Ltd.
**Hosting Company:** Cloudflare, Inc.
**Domiciled in Thailand.**

**Contact for Compliance:**
Email: **dpo@bitkub.com**
Telephone: **+02-032-9555**

**Contact 1:**
Name: **Atthakrit Chimplapibul**
Email**: atthakrit@bitkub.com**
LinkedIn: **https://www.linkedin.com/in/atthakrit-chimplapibul-8aa066109/**

**Contact 2:**
Name: **Topp Jirayut Srupsrisopa**
LinkedIn: **https://www.linkedin.com/in/toppjirayut/**

## 12.3 VASP 3 – Binance

**Binance is a global online platform for Digital Assets trading and refers to an ecosystem comprising Binance websites, mobile applications, clients, applets and other applications that are developed to offer Binance Services. It includes independently operated platforms, websites and clients within the ecosystem (e.g. Binance's Open Platform, Binance Launchpad, Binance Labs, Binance Charity, Binance DEX, Binance X, JEX, Trust Wallet, and fiat gateways).**

**URL:** https://binance.com
**Address:** Harbour Place, 2nd Floor North Wing GEORGE TOWN, GRAND CAYMAN Cayman Islands
**Hosting Company:** Cloudflare, Inc
**Domiciled in Hong Kong.**

**Law Enforcement Portal:** https://app.kodex.us/binance/signup

**Contact for Compliance:**
**investigations@binance.com**

**Contact 1:**
Name: **Steven Christie (CCO)**
LinkedIn: **https://www.linkedin.com/in/steven-c-9b0aa02a**

**Contact 2:**
Name: **Changpeng Zhao (CEO)**
Email: **zhaochangpeng@binance.com**
LinkedIn: **https://www.linkedin.com/in/cpzhao**

## 12.4 VASP 4 – HTX

**HTX, formerly HuobiGlobal, was established in 2013, and has become one of the world's largest digital asset exchanges with an accumulated trading volume of US $1 trillion. Having once accounted for half of the world's digital asset transactions, HTX now serves more than 5 million users in over 130 countries around the world. With compliance teams in Singapore, the United States, Japan, Korea, Hong Kong, Thailand, Australia and other countries and regions around the world, HTX is able to provide safe and reliable digital asset trading and management services to its customers.**

**URL:** https://www.htx.com
**Address:** Asia Square Tower 1, 8 Marina View, Central Business District, 01, Singapore
**Hosting Company:** Alicloud HK
**Domiciled in the Seychelles.**

**Contact for Compliance:**
Email: **support@htx.com**

**Contact 1:**
Name: **Mars (Xianfeng) Cheng**
Email: **mars.cheng@huobi.com**
Linkedin: **https://www.linkedin.com/in/marscheng/**

**Contact 2:**
Name: **Leon Li**
Email: **leon.li@huobi.com**
Telephone: **+82-02-6713-1683**
LinkedIn: **https://www.linkedin.com/in/leon-li-13621bb8/**

# Important Terminology



# 13. Important Terminology

**Blockchain**

A blockchain is the technology underlying Bitcoin and other cryptocurrencies. It is a shared digital ledger, or a continually updated list of all transactions. This decentralized ledger keeps a record of each transaction that occurs across a fully distributed or peer-to-peer network, either public or private. A blockchain's integrity hinges on strong cryptography that validates and chains together blocks of transactions, making it nearly impossible to tamper with any individual transaction record without being detected.

**Cryptocurrency**

A cryptocurrency (or crypto currency) is a digital asset designed to work as a medium of exchange using cryptography to secure the transactions and to control the creation of additional units of the currency. Cryptocurrencies are a subset of alternative currencies, specifically digital currencies.

**Cryptocurrency Exchange**

A business that allows customers to trade cryptocurrencies or digital currencies for other assets, such as conventional fiat money or other digital currencies. An exchange can be either a "traditional" exchange or a "P2P [Peer to Peer]" Exchange.

**Cryptocurrency Values**

Equivalent cryptocurrency values in USD, CAD, or EURO are according to the closing rate of the day of transfer.

**Ethereum**

Ethereum is a blockchain platform with its own cryptocurrency, called Ether or Ethereum (ETH). It was first proposed by Russian Canadian programmer Vitalik Buterin in 2013 with the purpose to expand the utility of cryptocurrencies by allowing developers to create their own special applications. These applications based on the Ethereum blockchain are called "decentralized applications" and are self-executing thanks to the use of smart contracts. Smart contracts are code-based programs that are stored on the Ethereum blockchain and automatically carry out certain functions when predetermined conditions are met. These smart contracts form the basis of all decentralized applications (dapps) built on Ethereum, as well as all other dapps created across other blockchain platforms. As a cryptocurrency, Ethereum is second in market value only to Bitcoin, as of May 2021.

**Fiat Money**

Fiat money is a government-issued currency that is not backed by a physical commodity, such as gold or silver. Most modern currencies, such as the US dollar and Euro are fiat currencies.

**Initial Receiving Address**

The initial receiving address is the first address the crypto was transferred to from the client's address.

**Know Your Customer (KYC)**

The know your customer or know your client (KYC) guidelines in financial services requires that professionals try to verify the identity, suitability, and risks involved with maintaining a business relationship. The term can also refer to the bank regulations and anti-money laundering regulations that govern these activities. KYC processes are also employed by companies of all sizes for the purpose of ensuring their proposed customers, agents, consultants, or distributors are anti-bribery compliant, and are who they claim to be.

**Tether**

Tether (USDT) was one of the first cryptocurrencies to peg its market value to a fiat currency. Originally called Realcoin, it was launched in 2014 with each token valued at $1, it was specifically designed as a bridge between fiat currencies and cryptocurrencies and offer stability, transparency, and minimal transaction chargers. Due to its dollar peg, Tether and other similar cryptocurrencies are called "stablecoins". Tether is the stablecoin with the largest market capitalization. Tether was originally built on the Omni layer of the Bitcoin blockchain, but has since expanded to other networks including Ethereum, Bitcoin Cash, TRON, EOS, and Liquid. As of February 2021, the majority of Bitcoin trading was done in USDT. Tether remains a major source of liquidity for the cryptocurrency market. Tether has been surrounded by some controversy; due to false claims the token was officially backed by the U.S dollar. Tether Ltd. is the company that is responsible for maintaining the reserve amounts of fiat currency to ensure the market value stays at $1. However, worries about whether the company, accused of a lack of transparency, has enough in reserves to back the coin have been pervasive. Tether has dropped below $1 before, according to the New York Attorney General, "Tether's claims that its virtual currency was fully backed by U.S. dollars at all times was a lie".

**Tracing Methodology**

Through forensic analysis, cryptocurrency wallet addresses are identified and traced via transactions on a blockchain until a transaction is identified that involves a wallet's address owned by a Virtual Asset Service Provider (VASP) such as an exchange. Five main tracing methodologies are employed to trace the movement of cryptocurrency on the blockchain:

- **First in First Out (FIFO)**
  With the FIFO method, withdrawals from an account are deemed to be drawn against the deposits first made to it.
- **Last in First Out (LIFO)**

LIFO (Last In, First Out) reverses the order used in FIFO. Instead of the assumption that the first item that goes in is the first to go out, LIFO assumes the last item that goes in is the first to go out.

- **Poison**

  For the Poison method the rule is that any transaction output that came from either a whole, or a part of, tainted input will be considered as a tainted output. This means that the clean cryptocurrency involved in the transaction will also become tainted.

- **Haircut**

  The Haircut method is similar to the Poison method, but the Haircut method adds an additional rule: the tainted output value is based on the proportional value of the tainted input.

- **TIHO (Taint In, Highest Out)**

  In transactions that involve the mixing of clean and tainted coins, the transaction output that has highest value, that is, the address that receives the highest amount of cryptocurrency is the main purpose or target of the transaction, and that tainted inputs are the most important inputs of the transaction. It is this method that is most frequently employed by CNC Intelligence.

**Transaction Hash**

A transaction hash/id is a unique string of characters that is given to every transaction that is verified and added to the blockchain. In many cases, a transaction hash is needed in order to locate funds.

**Universal Time Coordinated (UTC) or Coordinated Universal Time**

Prior to 1972, this time was called Greenwich Mean Time (GMT) but is now referred to as Coordinated Universal Time or Universal Time Coordinated (UTC). It is a coordinated time scale, maintained by the Bureau International des Poids et Mesures (BIPM). All times listed in this report have been adjusted for UTC.

**Virtual Asset Service Provider (VASP)**

A business which conducts one or more of the following activities or operations for or on behalf of another natural or legal person: exchange between virtual assets and fiat currencies; exchange between one or more forms of virtual assets; transfer of virtual assets ("transfer" = conduct a transaction on behalf of another natural or legal person that moves a virtual asset from one virtual asset address or account to another); safekeeping and/or administration of virtual assets or instruments enabling control over virtual assets; and participation in and provision of financial services related to an issuer's offer and/or sale of a virtual asset. Sometimes called a "Digital Asset Service Provider".

**Wallet Address**

An address is a cryptographic key that "owns" cryptocurrency. This address is used to uniquely identify cryptocurrency. The person or persons who know the corresponding private key can send the cryptocurrency to any other address.

## Confidential

All information in this report is confidential and may not be shared without prior written authorization, except by law enforcement as part of an investigation.