UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
(WESTERN DIVISION - LOS ANGELES)

| | |
|---|---|
| EDMOND RAMBOD, ET AL, ) | CASE NO: 2:24-cv-07215-AH-BFM |
| Plaintiffs, ) | CIVIL |
| vs. ) | Los Angeles, California |
| DEFENDANT 1, ET AL, ) | Wednesday, May 28, 2025 |
| Defendants. ) | (2:09 p.m. to 2:12 p.m.) |

MOTION HEARING

BEFORE THE HONORABLE ANNE HWANG,
UNITED STATES DISTRICT JUDGE

APPEARANCE:

| | |
|---|---|
| For Plaintiffs: | KILEY L. GROMBACHER, ESQ.<br>Bradley Grombacher<br>31365 Oak Creek Drive<br>Suite 240<br>Westlake Village, CA 91361<br>805-270-7100 |
| For Defendants: | NO APPEARANCE MADE |
| Deputy Clerk: | Yolanda Skipper |
| Court Reporter: | Recorded; CourtSmart |
| Transcribed by: | Exceptional Reporting Services, Inc.<br>P.O. Box 8365<br>Corpus Christi, TX 78468<br>361 949-2988 |

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

**Los Angeles, California; Wednesday, May 28, 2025; 2:09 p.m.**

**(Call to Order)**

**THE CLERK:** Calling Item Number 6, Civil Case 24-7215, *Edmond Rambod, et al. versus Defendant 1*.

**MS. GROMBACHER:** Good afternoon. Kiley Grombacher for the plaintiff.

**THE COURT:** All right. Good afternoon. It's 2:10, it's a 1:30 hearing, you're late.

**MS. GROMBACHER:** Your Honor, I am absolutely mortified. It did not make my calendar, it did not make our co-counsel's calendar. I really appreciate you still allowing me to appear. There is no excuse. And frankly, all I can do is apologize to the Court. I am very sorry.

**THE COURT:** Okay. I had some questions on your motion so I do need you to give me additional information before I can take any action on this but your motion doesn't explain a few things, including, for example, what specific results you actually obtained from the subpoenas that were issued to the crypto currency exchanges and then whether or not you actually sought information from the various email, LinkedIn, WhatsApp. All of the actual accounts that you do have, did you seek out information from those sources to determine if there's a physical address or some other identifying information? And then finally, is there any sort of publication in which the notice can also be sent in order to

make sure -- on the due process issue to make sure that we've tried everything to give notice?

**MS. GROMBACHER:** Yeah. I understand the Court's concerns. If it would be possible to file a supplemental brief of not more than five pages, I think we can address all those, with a declaration too, to the extent that we need to.

**THE COURT:** That's fine. And basically I just need you to put sufficient information that you've exhausted everything. So I don't know if there's anything else that you've considered or that is possible but I do need to know that every possibility has been explored, particularly because I don't know whether it's a foreign service or domestic service. I don't even know their names because you're asking for service on Does. So there's just a lot of question marks which I understand that you have but I need to know that you have done everything that you can to ensure that we're tried all avenues to give notice.

**MS. GROMBACHER:** I understand. Thank you, Your Honor. I understand your concerns and I appreciate kind of I guess the tentative or at least the deficiencies you've outlined and we'll address them, as well as any additional information that might be helpful to the Court.

**THE COURT:** Okay. So how long do you need to do that?

**MS. GROMBACHER:** If we could have two weeks, that

should be fine.

**THE COURT:** Okay. So you're going to file a new declaration by June 11th and then come back for a hearing on June 25th?

**MS. GROMBACHER:** That's fine. And we will be here and timely, Your Honor. I apologize again.

**THE COURT:** Okay. 1:30 sharp.

**MS. GROMBACHER:** Understood.

**THE COURT:** Okay. Thank you.

**MS. GROMBACHER:** Thank you. Thank you-all.

**THE CLERK:** All rise. This court is adjourned.

**(Proceeding adjourned at 2:12 p.m.)**

**CERTIFICATION**

**I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.**

**June 4, 2025**

**Signed** **Dated**

***TONI HUDSON, TRANSCRIBER***