Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh (*pro hac vice*)
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
dthornburgh@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiff, Edmond Rambod*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>Defendant "1" a/k/a "Anna Mhatre", et al.<br><br>Defendants. | Case No. 2:24-cv-07215-AH(SK)<br><br>**PLAINTIFF's RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**DATE: December 10, 2025**<br>**Time: 1:30 p.m.**<br><br>**Judge: Hon. Anne Hwang** |

COMES NOW Plaintiff, by and through the undersigned counsel of record, and hereby files his Response to Order to Show Cause dated September 11, 2025. *See* Doc. No. 40.

Plaintiff recently became aware of a related action, *United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907, currently pending in the United States District Court for the District of Columbia, which concerns seven cryptocurrency wallets seized by the United States of America containing more than $225 Million worth of cryptocurrency. The government's Complaint *In Rem* details a sophisticated transnational scam perpetrated in Southeast Asia with a substantial scam network operating out of the Philippines. *See* Exhibit A, Verified Complaint for Forfeiture *In Rem, United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907, Doc. No. 1. This scam was massive and includes the theft and laundering of nearly $3 Billion worth of cryptocurrency from approximately November 2022 through November 2023 stolen from hundreds, if not thousands, of Pig Butchering scam victims. *Id*. at ¶ 65.

In the government *In Rem* action, it identified approximately 1,000 cryptocurrency wallets used by the scammers to steal from primarily U.S. victims. Plaintiff's counsel has just completed a thorough review of the tracing provided by the government and compared it to updated blockchain tracing of the Plaintiff's stolen and laundered cryptocurrency. The analysis revealed that at least 39 cryptocurrency wallets used by Defendants to steal and launder Plaintiff Rambod's cryptocurrency match to a network of 39 wallets identified in the government's *In Rem* action. *See* Composite Exhibit B.

Moreover, in its *In Rem* action, the government identified various corporations

responsible for these scams, including:

1. ITECHNO SPECIALIST INC., a company with scam call centers in the Philippines including at least one scam center located in Manila. *Id*. at ¶ 61-63; and

2. INFINIWEB TECHNOLOGY INC., an online gaming/gambling company with "close links with Xionwei Technologies, which is accused of being involved in kidnapping and human trafficking. The accusations of kidnapping and human trafficking were outlined in a 120-page report from 2023, submitted to the nineteenth congress of the Republic of the Philippines." *Id*. at ¶ 240. *Citing* Philippe Auclair, Andy Brown, Jack Kerr, Samindra Kunti, Steve Menary, *Meet the hydras: tracing the illegal gambling operators that sponsor football* https://www.playthegame.org/news/meet-thehydras-tracing-the-illegal-gambling-operators-that-sponsor-football/ (Jan. 30, 2024). According to the government's Forfeiture *In Rem* action, "Infiniweb was also listed on a 'LIST OF CANCELLED OFFSHORE GAMING LICENSEES,' appearing to be dated January 15, 2024, posted by the Philippine Amusement and Gaming Corporation." *Id.* (citing Philippine Amusement and Gaming Corporation, *List Of Cancelled Offshore Gaming Licensees,* https://www.pagcor.ph/regulatory/pdf/offshore/list-of-cancelled-offshore-gaming-licensees.pdf (Jan. 15, 2024)).

On October 17, 2025, INFINIWEB TECHNOLOGY INC. filed a Verified Claim asserting an interest in all seven wallets seized by the government. *See* Exhibit C.

In light of the newly discovered information, including the discovery of the network of 39 corresponding wallets used by the scammers in both cases, Plaintiff is in the process of amending his complaint. Accordingly, Plaintiff respectfully requests a one-week extension to finalize the amendment which will now identify known Defendants, including Itechno Specialist Inc. and Infiniweb Technology Inc. who can be served with the Summons and the Amended Complaint.

Respectfully submitted this 28th day of October, 2025.

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

-and-

Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

*Counsel for Plaintiff, Edmond Rambod*

## CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 28, 2025. Moreover, I will publish this motion and any order on Plaintiff's Service Website at https://usdccourtservice.com/cv-07215/.

Respectfully submitted,

By: *<u>/s/ Daniel J. Thornburgh</u>*

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*