Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND RAMBOD,<br>Plaintiff,<br><br>v.<br><br>DEFENDANT "1," et al.<br><br>Defendants. | Case No. 2:24-cv-07215-AH-BFM<br><br>**COMPOSITE EXHIBIT B** |


Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing


Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
I2311080914195381
Matches Rambod's Tracing
iceleo.com Pig Butchering Grouping
iceleo.com Pig Butchering Grouping
I2312020130438471
I2311041013467541
I2304241903326331
Crypto.com
I2205282107194704
Matches Rambod's Tracing


Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
I2310031219249861
I2308291121260661
I2307221813058881
I2403061136554273
I2308291121260661
I2310301338259483
I2307231125479123
I2307221813058881
I2306141504560513
I2403061136554273
I2401181508100393
I2401091013239123
I2310031219249861
I2308201401123821
I2308291121260661
I2401232023493013
I2308240349153103
I2310070344255561
I2311081357422163
I2308030442081413
I2201081238239141
0x30b9...e45d
Unhosted Wallet
0x543c...e8aa
Cross-chain Swap
0xb2ea...e1e7
Cross-chain Swap
0x538f...9207
0x1e97...9f6e
0x0c88...85d2
0x4d5a...5873
0x6f1b...129a
Unhosted Wallet
Cross-chain Swap
0xf612...2812
Chainabuse Report 1765
Community Complaint
0xc5a3...2e79
Unhosted Wallet
Pig Butchering Syndicate 1
Scam
OKX
Exchange
Coinbase
Kraken
Gemini
Crypto.com


Matches Rambod's Tracing
I2311080914195381
Crypto.com
Exchange
Cross-chain Swap +1
5,731.252189 USDT (2 transfers)
0x5ee7...fec9
25,000 USDT
May 15, 2023 11:26:23 AM
Coinbase
Exchange
Smart Contract
Cross-chain Swap +1
21,043.528683 USDT (10 transfers)
24,562.78539 USDT (29 transfers)
Kraken
Exchange
Cross-chain Swap
1,133.2903 USDT
Apr 23, 2023 7:02:23 PM
0xd132...0ce0
83,789.565725 USDT (4 transfers)
0x2662...8055
133.33 USDT
Apr 23, 2023 6:08:59 PM
133.33 USDT
Apr 23, 2023 5:33:23 PM
0x26ef...0a8a
100,000 USDT
May 16, 2023 11:40:23 AM
0xc79b...4469
100,000 USDT
May 16, 2023 5:29:35 PM
iceleo.com Pig Butchering Grouping
Scam
342,285 USDT (5 transfers)
0xa70a...3cb0
640,000 USDT
May 16, 2023 8:04:23 PM
0xf011...b5ec
500,000 USDT
May 17, 2023 12:56:11 AM
0xd285...8c7d
500,000 USDT
May 17, 2023 1:36:11 AM
0xd12e...cf24
214,009 USDT (21 transfers)
OKX
Exchange


Matches Rambod's Tracing
Matches Rambod's Tracing
I2407301932085871
I2306022153310211
I2308272041590363
I2408231445039943
I2308272041590363
I2408231445039943
I2211151403492163
I2205282107194704
I2205211106521872
Matches Rambod's Tracing


I2410281647481851
I2410091304167241
I2402131040420283
I2402032225424653
I2401082215557133
I2311281635314101
I2311281526044421
I2311190907037961
I2311141602407621
I2310191420358331
I2310131525134841
I2310022216037513
I2310011143169613
I2309271135259031
I2309252231472113
I2309251500051481
I2309211439370223
I2309120040342231
I2309031459393241
I2308311459008943
I2308291214394641
I2308212013422951
I2308191621308691
I2308081603091281
I2307241746018791
I2307112041508471
I2306101622119673
I2305251103221573
I2305241726409291
I2301230925448664
I2111301551205501
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
0x267b...fdc0
Kraken
Cold Wallet +1
Cross-chain Swap +1
12.30730001 ETH
Oct 3, 2023 12:07:35 AM
0xd81e...5a1f
20,388.352362 USDT
Oct 3, 2023 12:32:11 AM
0xf84a...5945
Unhosted Wallet
20,388 USDT
Oct 3, 2023 12:48:35 AM
0x3399...7ff9
Impersonation - CoinFalcon Pig Butchering
Scam
137,077 USDT
Oct 3, 2023 5:22:35 AM
0xbb2d...f009
5,000 USDT
Oct 4, 2023 7:02:59 AM
0x76b2...0f52
5,000 USDT
Oct 4, 2023 7:18:47 AM
0x13c0...d218
211,270.676652 USDT (2 transfers)
0x6905...16e7
Blocklisted
3,377,600 USDT (2 transfers)
49,900 USDT
Oct 4, 2023 5:10:35 AM
20,408.878813 USDT
Oct 4, 2023 6:07:23 AM
0x9fca...dd7c
0xe6df...91f0
1,500,000 USDT (3 transfers)
0x2328...d091
Pig Butchering Syndicate 1
Scam
300,000 USDT
Oct 4, 2023 4:53:23 PM
99,900 USDT
Oct 4, 2023 8:42:35 AM
0xb2b5...a2ef
0x600a...fd41
600,000 USDT (2 transfers)
0x82e2...c9a8
296,813 USDT (32 transfers)
0xa29a...6195
OKX
Exchange
100,000 USDT
Oct 4, 2023 8:56:47 AM
0x5a09...7767
105,623.25229 USDT (2 transfers)


Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
I2305020930084963
I2412200038431051
FTC 166260019
0xd3bc...d83e
200,000 USDT
Oct 29, 2023 10:00:35 AM
0x1fa3...242d
Unhosted Wallet
80,000 USDT
Nov 1, 2023 6:25:11 PM
0x5bc0...bd19
220,000 USDT
Nov 4, 2023 3:55:59 AM
0x7042...d930
Pig Butchering Syndicate 1
Scam
199,900 USDT
Nov 4, 2023 4:09:59 AM
1,005,726 USDT (100 transfers)
0x0e15...bc7e
OKX
Exchange
1,194 USDT
Nov 2, 2023 3:14:35 PM
0x6eb1...3e69
788.378092 USDT
Sep 4, 2023 1:28:11 PM
0xa9d1...3e43
Coinbase
Exchange
Smart Contract
Cross-chain Swap
99.999748 ETH
Oct 13, 2023 9:03:11 PM
0x9320...82a5
Cross-chain Swap
425.82941767 ETH
Oct 13, 2023 9:20:47 PM
0xa527...bf67
460.15907051 ETH
Oct 13, 2023 9:44:47 PM
0x24a2...9ad6
150 ETH
Oct 14, 2023 3:14:11 PM
0xb6ca...da60
13.60504 ETH
Oct 14, 2023 10:42:59 PM
0x4b7a...ef86
13.60297073 ETH
Oct 15, 2023 2:41:47 AM
0xcf58...d467
30,000 USDT
Oct 17, 2023 11:57:11 AM
0x4eb0...ec53
Unhosted Wallet
39,000 USDT
Oct 17, 2023 12:18:11 PM
0x4634...9758
Crypto.com
Exchange
Cross-chain Swap
49,389.01 USDT
Oct 17, 2023 7:49:59 AM
0x001f...87f8
Unhosted Wallet
39,000 USDT
Oct 17, 2023 12:25:59 PM
0x4116...f3f2
80,000 USDT
Oct 17, 2023 12:27:59 PM
0xced0...41bc
50,000 USDT
Oct 25, 2023 9:50:35 AM
900,000 USDT
Oct 29, 2023 9:03:11 AM
0x6672...3d55
3,000,000 USDT
Oct 21, 2023 9:52:59 AM
2,690,513 USDT
Oct 20, 2023 6:52:35 AM
0x90b3...6fd7
1,204,358 USDT
Oct 21, 2023 10:23:59 AM
5,190,000 USDT
Oct 27, 2023 11:18:11 AM
0xff92...7188


Matches Rambod's Tracing
0x4634...9758
Crypto.com
Exchange
Cross-chain Swap
Pass-through Chain
37,566.44 USD
Apr 29, 2023 1:37:11 AM
I2306271712285291
I2304170048545443
0x1f20...98a6
37,566.44 USDT
Apr 29, 2023 1:44:23 AM
0xc636...0f72
cryptointrust.com
Scam
10,000 USDT
May 1, 2023 11:31:11 AM
50,000 USDT
Apr 29, 2023 1:03:59 PM
0xedce...80eb
cryptointrust.com
Scam
14,859 USDT
May 1, 2023 11:31:47 AM
0x704f...45ea
4,466 USDT
May 3, 2023 3:32:23 PM
283,282 USDT
Apr 24, 2023 12:42:11 PM
0xa7ee...1341
Unhosted Wallet
436,435 USDT
May 5, 2023 6:02:23 AM
0x9dc1...0cf9
401,719 USDT
May 6, 2023 7:03:11 PM
0xb327...eaa5
400,000 USDT
May 7, 2023 7:09:11 AM
0x5a47...4806
1,093,751 USDT
May 8, 2023 9:16:59 AM
0x8da7...477f
500,000 USDT
May 11, 2023 10:09:59 AM
0x4dab...8606
2,000,000 USDT
May 11, 2023 10:11:11 AM
0x6d5b...8ed0
Unhosted Wallet
100,000 USDT
May 12, 2023 11:03:59 AM
0x3b93...84b6
100,000 USDT
May 12, 2023 11:20:23 AM
0x8f0b...390a
52,604.067735 USDT
May 12, 2023 11:23:23 AM
0xab69...e126
128,557.441768 USDT (2 transfers)
70,000 USDT
May 16, 2023
1,999,900 USDT
May 16, 2023 3:42:11 PM
999,900 USDT
May 12, 2023 2:38:59 PM
0x1dba...801e
0xdc9b...f5f8
1,329,900 USDT
May 17, 2023 12:32:23 AM
0xf011...b5ec
500,000 USDT
May 17, 2023 12:54:47 AM
0xf26f...45d8
500,000 USDT
May 17, 2023 1:34:59 AM
0x8363...4547
214,141 USDT (21 transfers)
0xc3f5...ed53
OKX
Exchange


I2302131010173462
I2209011105288781
I2206211943299932
0x4634...9758
Crypto.com
Exchange
Cross-chain Swap +1
0xa9d1...3e43
Coinbase
Exchange
Smart Contract
Cross-chain Swap +1
25,237.8 USDT (2 transfers)
3,028.66 USDT Aug 29, 2022 4:30:55 PM
206.684697 USDT Aug 28, 2022 11:21:00 PM
0x3a86...d7eb
0xf1ee...cc4b
0x238c...64c8
3,028.66 USDT Aug 29, 2022 5:21:59 PM
206.684697 USDT Aug 29, 2022 12:39:09 AM
0x0db4...bde5
60,000 USDT Aug 30, 2022 8:58:55 AM
40,000 USDT Aug 30, 2022 8:57:21 AM
0xea83...f4f6
103,874 USDT Aug 30, 2022 12:00:50 PM
221,939 USDT Aug 31, 2022 3:22:53 PM
0x5dab...bbc6
0x5b2f...3d70
221,939 USDT Sep 1, 2022 5:53:20 AM
0x1471...0b38
221,939 USDT Sep 9, 2022 6:19:21 AM
49,581 USDT Sep 9, 2022 6:33:41 AM
0xb737...f478
330,727 USDT Oct 4, 2022 4:44:35 AM
0x9ae3...e808
300,000 USDT Oct 4, 2022 6:40:59 AM
0x4814...f39c
2,400,000 USDT Oct 4, 2022 10:33:11 AM
0x4106...cb53
1,579,900 USDT Nov 29, 2022 2:45:35 PM
0x7b59...9e34
Unhosted Wallet
1,500,000 USDT Dec 7, 2022 8:05:47 AM
0x555d...7c35
1,500,000 USDT Dec 7, 2022 8:45:23 AM
0x9425...c0d7
Unhosted Wallet
1,500,000 USDT Dec 7, 2022 9:34:59 AM
0xad2e...6eaf
1,755,856 USDT Dec 7, 2022 11:44:23 AM
0xb9e2...b853
1,500,000 USDT Dec 7, 2022 12:19:35 PM
1,000,000 USDT Dec 9, 2022 10:20:59 PM
0xcc7a...c4ba
1,726,900 USDT Dec 9, 2022 10:45:11 PM
0xc8c6...10bb
1,528,150 USDT Dec 9, 2022 10:47:11 PM
0xa55c...ab99
Unhosted Wallet
Cross-chain Swap
1,420,000 USDT Dec 9, 2022 10:49:35 PM
0x74f3...26be
2,420,000 USDT Dec 9, 2022 10:57:47 PM
0x07e5...75b1
4,869,725 USDT Dec 9, 2022 11:26:11 PM
900,000 USDT Dec 13, 2022
1,000,000 USDT Dec 10, 2022 2:18:35 PM
999,990 USDT Dec 10, 2022 10:30:23 AM
0x9972...4826
0xb8dc...c4b6
1,780,000 USDT Dec 14, 2022 2:24:47 PM
0x083a...39f8
45,000,000 USDT (2 transfers)
0xd4ac...9d46
45,000,000 USDT Dec 23, 2022 12:22:23 PM
0xd232...80d9
5,490,000 USDT Jan 3, 2023 5:06:23 AM
0x3196...c78a
1,090,000 USDT Jan 4, 2023 12:43:11 AM
0xc6b8...1aa1
122,931 USDT (7 transfers)
0x3d60...b82a
OKX
Exchange
Matches Rambod's Tracing
Matches Rambod's Tracing


I2309121031553891
I2308240349153103
I2310070344255561
I2310222215104341
I2311081357422163
I2308041618091961
I2307261335311641
I2312111311523123
I2407022030526003
Matches Rambod's Tracing
Matches Rambod's Tracing
Matches Rambod's Tracing
0x89e5...7c40
Kraken
40,174.148 USDT
Aug 7, 2023 6:38:47 PM
99,992 USDT
Aug 3, 2023 7:55:23 PM
0x8410...5841
40,000 USDT
Aug 7, 2023 6:52:23 PM
0x4634...9758
Crypto.com
35,149.44 USDT (3 transfers)
57,433.05 USDT
Aug 2, 2023 5:30:11 PM
1,051.189882 USDT
Aug 1, 2023 1:05:59 PM
0xa9d1...3e43
Coinbase
2,463.788877 USDT (2 transfers)
0x0c8...85d2
85,330 USDT (2 transfers)
0x4d5a...5873
17,045.2 USDT
Aug 10, 2023 5:43:59 PM
0x6f1b...129a
22,777 USDT
Aug 10, 2023 5:49:35 PM
0xa7b6...e8a6
57,433.05 USDT
Aug 3, 2023 11:59:59 PM
0xece2...6507
2,463.788877 USDT
Aug 3, 2023 11:59:59 PM
0x54b2...12e3
112,873 USDT
Aug 4, 2023 4:44:47 PM
0x9148...b320
112,873 USDT
Aug 4, 2023 4:53:35 PM
0xb953...d80d
91,420 USDT
Aug 4, 2023 5:02:47 PM
0xad55...62fe
83,370 USDT
Aug 5, 2023 12:01:47 PM
0xb589...0d9c
295,360 USDT
Aug 5, 2023 1:22:47 PM
0x529b...28d6
461,900 USDT
Aug 5, 2023 1:23:59 PM
0x9028...d746
213,000 USDT
Aug 9, 2023 7:27:11 AM
464,900 USDT
Aug 5, 2023 1:37:47 PM
0x82b...21fe
377,068 USDT
Aug 11, 2023 7:36:59 AM
0x2c5f...5b3f
Aug 12, 2023 5:30:47 AM
0xbcbb...2229
13,093.76 USDT
Aug 12, 2023 6:01:47 AM
0xd984...a872
Pig Butchering Grouping 20
400,000 USDT
Aug 5, 2023 2:49:47 PM
0xb1a5...7357
400,000 USDT
Aug 8, 2023 2:07:35 PM
16,334.24 USDT
Aug 1, 2023 3:27:47 PM
11,046.449882 USDT
Aug 1, 2023 3:25:11 PM
0x1ef9...337b
0xc30...49a0
1,578 USDT
Aug 3, 2023 3:54:11 PM
0xe0f8...bd67
Unspecified Pig Butchering 2
29,411 USDT
Aug 4, 2023 2:02:59 PM
0x609a...1419
76,401.3 USDT (3 transfers)
0x78b4...fa36
76,401.3 USDT
Aug 12, 2023 4:35:11 AM
0x1b83...c5ff
99,887.401476 USDT
Aug 3, 2023 9:15:47 PM
0x082d...4adb
firephoenixfx.com
85,000 USDT
Aug 3, 2023 9:51:23 PM
0x8afc...1f21
490,000 USDT
Aug 4, 2023 5:09:23 AM
0x1268...c6bc
1,000,000 USDT
Aug 4, 2023 5:10:11 AM
0x7f3c...12ce
iceleo.com Pig Butchering Grouping
98,260 USDT
Aug 4, 2023 11:27:59 AM
0xa70a...3cb0
530,000 USDT
Aug 12, 2023 8:05:35 AM
0x2328...d091
Pig Butchering Syndicate 1
2,000,000 USDT
Aug 12, 2023 8:12:23 AM
0xd232...80d9
7,000,000 USDT
Aug 14, 2023 12:15:35 AM
0x2c19...663e
400,000 USDT
Aug 14, 2023 12:25:35 AM
0x732c...c92a
600,000 USDT (3 transfers)
0xfb66...7965
99,954 USDT (8 transfers)
0x801b...1ef1
OKX


Matches Rambod's Tracing
0x89e5...7c40
Kraken
Exchange
Cross-chain Swap
69,992 USDT
Sep 22, 2023 5:47:59 PM
0x647b...4356
69,992 USDT
Sep 22, 2023 6:10:59 PM
0x4135...22d6
Cross-chain Swap
69,992 USDT
Sep 22, 2023 6:21:35 PM
0xd967...d390
44,088 USDT
Sep 23, 2023 6:47:59 PM
0xcb62...5038
43,716.160574 USDT
Sep 23, 2023 10:24:59 PM
0x64bb...36cf
Cross-chain Swap
200,000 USDT
Sep 24, 2023 7:44:11 AM
0x4320...e1ca
200,000 USDT
Sep 24, 2023 8:58:35 AM
0x9337...0ef3
350,000 USDT
Sep 30, 2023 6:30:35 AM
0x5bc0...bd19
199,990 USDT
Nov 2, 2023 3:44:23 AM
0xfd25...9b41
0x6905...16e7
Blocklisted
2,755,800 USDT
Oct 1, 2023 1:28:11 PM
0x2fca...dd7c
2,899,800 USDT (2 transfers)
308,554.407435 USDT (2 transfers)
I2205210109227914
0x0a6f...8b75
1,499,800 USDT
Nov 1, 2023 11:39:59 AM
0x9f63...cf15
1,000,000 USDT (2 transfers)
0x2328...d091
Pig Butchering Syndicate 1
Scam
600,000 USDT (2 transfers)
0xcdb2...a5f3
600,000 USDT (2 transfers)
0x5741...f7e7
0x600a...fd41
0xbfd7...8dbe
199,900 USDT
Oct 1, 2023 9:38:11 AM
200,000 USDT
Oct 1, 2023 9:50:23 AM
0xe6df...91f0
0xe74b...c460
1,700,702.7 USDT
Sep 27, 2023 7:11:59 PM
500,000 USDT
Oct 1, 2023 11:12:11 AM
0xf441...ca12
0x0c09...b9ac
Pig Butchering Syndicate 1
Scam
2,996,500 USDT
Aug 13, 2023 3:28:35 PM
0xc76a...f26b
Pig Butchering Syndicate 1
Scam +1
0x5876...711f
Pig Butchering Syndicate 1
Scam
0x8782...10e1
Pig Butchering Syndicate 1
Scam
0x0e1b...9fd8
Pig Butchering Syndicate 1
Scam
0x095e...56ce
21,581,533.5 USDT
Sep 24, 2023 2:45:23 PM
0xd7c0...5a07
0x48cf...fa65
550,000 USDT (2 transfers)
0x1276...6338
Pig Butchering Syndicate 1
Scam +1
571.777 USDT (59 transfers)
0xb2c9...2fe4
OKX


Matches
Rambod's
Tracing
I2308231004294941
I2408231445039943
Coinbase
Exchange
Smart Contract
Cross-chain Swap
Kraken
Cold Wallet
Kraken
Exchange
Cross-chain Swap
0x8471...fe82
0xf3ff...bbde
0x163d...cd5d
0x4012...d937
0x4509...5aba
Unhosted Wallet
0x7b82...63fc
Crypto.com
Exchange
Cross-chain Swap
0x8b92...0a34
0x6e62...6ee3
Unhosted Wallet
0x0e12...9bce
0x7772...248e
0x38a1...5c3f
0x70a...3cb0
0xbcbb...2229
0x130a...5f78
0xfbe9...b83c
0x2c64...61c4
0x4fa2...b22e
0xb26a...0d70
0xe782...1b2e
0x54c2...bdee
Pig Butchering Syndicate 1
Scam
0x6162...2d52
0x7453...866b
0x6905...16e7
Blocklisted
0xbbf5...3194
0x2c19...663e
0xa92d...af9a
0x666a...7f81
OKX
Exchange
100,000 USDT
Jul 19, 2023 11:25:23 AM