Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS
& OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND RAMBOD,<br>Plaintiff,<br><br>v.<br><br>DEFENDANT "1," et al.<br><br>Defendants. | Case No. 2:24-cv-07215-AH-BFM<br><br>**EXHIBIT C – VERIFIED CLAIM OF INFINIWEB TECHNOLOGY INC.** |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

Plaintiff,

-against-

APRROXIMATELY 225,364,961 USDT,

Defendant.

Civil Action No. 1:25-CV-01907

## VERIFIED CLAIM OF INFINIWEB TECHNOLOGY INC.

1. Claimant Infiniweb Technology Inc. ("Infiniweb" or "Claimant"), pursuant to Title 18, United States Code, section 983(a)(4)(A) and Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and through its authorized representative and undersigned counsel, hereby claims an interest in the following defendant assets:

| Virtual Currency Address | Virtual Currency Amount | Defined Term (from Complaint ¶ 15) |
|---|---|---|
| 0xc7c8f8284c5360d0086a2f0a05bdd07afde23246 | 29,413,680.82 USDT | "USDT Token Group A" |
| 0x564e11ace70bfe6c943a973f1289faa6e8a0fe16 | 30,000,000.35 USDT | "USDT Token Group B" |
| 0xcab9a8391f765f6beda0b5bad434b10985bdaad0 | 8,737,741.569083 USDT | "USDT Token Group C" |
| 0x0b5453635e5325f5385ca1643c9e9eb173f9d5a8 | 2,903,914.212488 USDT | "USDT Token Group D" |

| Virtual Currency Address | Virtual Currency Amount | Defined Term (from Complaint ¶ 15) |
|---|---|---|
| 0xc76afbf0f69ae9be5d855239c5067 3252cf3f26b | 2,137,276.136 USDT | "USDT Token Group E" |
| 0x99ebaf3661065dc1e44feff4b8036 5678bdff6ce | 64,707,708.53 USDT | "USDT Token Group F" |
| 0x82e1d4ddd636857ebcf6a0e74b9b 0929c158d7fb | 87,464,642.259005 USDT | "USDT Token Group G" |

(the "Claimed Defendant Assets").

2. Infiniweb is an online gaming and wagering company that is registered in the British Virgin Islands. The company operates multiple online gaming platforms, including both websites and mobile applications, primarily servicing Chinese-language speakers in Asia.

3. Infiniweb operates outside of the United States, and U.S. users are blocked from accessing the company's various websites that host its gaming platforms.

4. Infiniweb's customers may transact using fiat currency or certain digital assets. The digital asset most commonly used to transact on Infiniweb's platform is Tether (USDT), a stablecoin designed to operate like cash. The Claimed Defendant Assets were frozen without a warrant long prior to the filing of this action.

5. The Claimed Defendant Assets are revenues belonging to Infiniweb, generated through the provision of Infiniweb's gaming and wagering services, none of which constitutes illegal activity under the laws of the United States. As such, Infiniweb acquired the Claimed Defendant Assets in the normal course of its business operations. As such, to the extent the allegedly illegal activity described in this matter occurred at the time or after Infiniweb obtained the Claimed Assets, Infiniweb is an innocent owner as described in 18 U.S.C. § 983(d); and to the extent the alleged illegal activity occurred prior to Infiniweb's receipt of the Claimed Assets, Infiniweb is a bona fide purchaser or seller for value, reasonably without cause to believe that the Claimed Assets were subject to forfeiture, as described in 18 U.S.C. § 983(d).

Dated: October 17, 2025
Washington, DC

Respectfully submitted,

By: *<u>/s/ Steven H. Levin</u>*

Steven H. Levin
**Steptoe LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-8169
slevin@steptoe.com

*Attorney for Claimant*

[Verification appears on following page.]

# VERIFICATION

I, Zeng Youzong, declare under penalty of perjury under the laws of the United States of America that I am the duly appointed Chief Executive Officer of Claimant Infiniweb Technology Inc.; that I am authorized to sign this Verification on behalf of said Claimant; and that the facts stated in this Claim are true.

Executed on October 15, 2025

Zeng You zong
Zeng Youzong
Chief Executive Officer, Infiniweb Technology Inc.