Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh (*pro hac vice*)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
dthornburgh@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiff, Edmond Rambod*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>Defendant "1" a/k/a "Anna Mhatre", et al.,<br><br>Defendants. | Case No. 2:24-cv-07215-AH(SK)<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**<br><br>**DATE: March 25, 2026 (if required)**<br>**Time: 1:30 p.m.**<br><br>**Judge: Hon. Anne Hwang** |

COMES NOW Plaintiff, by and through the undersigned counsel of record, and hereby files his Response to Order to Show Cause dated January 21, 2026 (Doc. No. 46). In support thereof, Plaintiff states:

Pursuant to the Court's October 28, 2025, Order, Plaintiff filed an Amended Complaint on November 4, 2025, adding Defendants Infiniweb Technology, Inc. ("Infiniweb") and Itechno Specialist, Inc. ("Itechno") (collectively "Defendants") who were implicated by the Department of Justice as the main criminal syndicates responsive for operating a cryptocurrency investment scam center and laundering billions of dollars stolen from United States victims, including the Plaintiff. Plaintiff's lawsuit includes violations of the Racketeer Influenced and Corrupt Organization Act (RICO). *See* Dkt. No. 43.

**A. Defendant Infiniweb Waived Service of Process.**

Beginning on November 5, 2025, Plaintiff initiated communications with counsel for Defendant Infiniweb to Plaintiff's lawsuit and whether Defendant Infiniweb would agree to waive formal service of process. On January 31, 2026, Infiniweb agreed to waive service and provided Plaintiff with an executed Waiver of Service of Summons. Plaintiff promptly filed the executed Waiver on February 1, 2026. *See* Dkt. No. 47. Pursuant to Federal Rule of Civil Procedure 4(d)(3), as a foreign corporation, Infiniweb has 90 days from the date the waiver of service was sent to respond to the Amended Complaint.

**B. Service of Process on Defendant Itechno Must Be Accomplished Pursuant to the Hague Convention.**

Plaintiff has also diligently undertaken efforts to effect service upon Defendant Itechno in accordance with the Hague Service Convention. Under Federal Rule of

Civil Procedure 4(m), the time limit for service does not apply to service in a foreign country pursuant to Rules 4(f), 4(h)(2), or 4(j)(1). *See* Fed. R. Civ. P. 4(m). Likewise, the Hague Convention does not impose a specific deadline for effecting service of process. *Zehavi v. Reef*, 2019 WL 917423, at *2 (N.D. Cal. Feb. 25, 2019) (citations omitted). Although a court may impose a reasonable time limit for service on a foreign defendant, compliance with the Hague Convention necessarily entails delay. *Id.*

As in *Zehavi*, Plaintiff Rambod has taken timely steps to effect service in compliance with the Hague Service Convention. Plaintiff has initiated service upon Defendant Itechno pursuant to Fed. R. Civ. P. 4(f)(1) through the Hague Service Convention. Plaintiff, via the process server, has submitted all documents required to the Central Authority and pre-paid for service of process consistent with the Hague Service Convention upon Defendant Itechno. Plaintiff is presently awaiting completion of service upon Itechno. On January 20, 2026, Plaintiff received an update from the process server, DGR International, advising that service is expected to be completed in approximately six (6) months, barring any unforeseen delays.

**C. Upon Information and Belief, Defendant Itechno Changed its Name to TopBet Tech Corp.**

The undersigned counsel along with his private investigator recently traveled to the Philippines to meet with local law enforcement and to discuss Itechno and ongoing operations. Additionally, the private investigator, Michael Nasca, conducted

additional surveillance and investigation. *See* Exhibit A – Declaration of Michael Nasca. Upon information and belief, Itechno has changed its name to TopBet Tech Corp and is operating under that name in the same building Itechno operated from and on the same floors (Aseana One Building, Floors 7 and 10). Accordingly, Plaintiff expects to amend the complaint to add Top Bet Tech Corp and will immediately initiate service upon the new company. Because service in the Philippines presents additional challenges, Plaintiff's counsel has retained a local Filipino attorney, has communicated with members of the Philippine government and law enforcement regarding the appropriate procedures for effecting service of process and other related matters.

Should the Court determine that a specific deadline for service upon Defendant Itechno is appropriate (and upon the new company TopBet Tech Corp), Plaintiff respectfully requests an extension of six months to account for the expected service timeline and any unforeseen delays inherent in the Hague Convention service.

WHEREFORE, for the foregoing reasons, Plaintiff respectfully requests the Court discharge the Order to Show Cause and permit this action to proceed.

Respectfully submitted this 5th day of March 2026.

By: *<u>/s/ Daniel J. Thornburgh</u>*
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010

Fax: 850-916-7449
dthornburgh@awkolaw.com

-and-

Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

*Counsel for Plaintiff, Edmond Rambod*

CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 5, 2026. Moreover, I will publish this motion and any order on Plaintiff's Service Website at https://usdccourtservice.com/cv-07215/.

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*