UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-07215-AH-BFMx | Date | March 9, 2026 |

Title    *Edmond Rambod et al v. Defendant 1 et al.*

Present: The Honorable    Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 21, 2026, the Court ordered Plaintiff Edmond Rambod ("Plaintiff") to show cause why this action should not be dismissed for lack of prosecution.  Dkt. No. 46.  The Court is in receipt of Petitioner's response.  Response, Dkt. No. 48.

Plaintiff represents that Defendant Infiniweb Technology, Inc. has waived service of process, Dkt. No. 47, and that Defendant Itechno Specialist, Inc. is in the process of being served pursuant to the Hague Convention. Response at 2–3.  Plaintiff also asserts Itechno Specialist, Inc. has changed its name to TopBet Tech Corp., and that Plaintiff expects to amend the complaint to add TopBet Tech Corp. *Id.* at 3–4.  Plaintiff requests six months to effectuate service upon Itechno Specialist, Inc. and TopBet Tech Corp. *Id.* at 4.  The Court finds Plaintiff's response sufficient as to Infiniweb Technology, Inc. and Itechno Specialist, Inc. (or TopBet Tech Corp.).  Plaintiff must file proof of service as to Infiniweb Technology, Inc. and Itechno Specialist, Inc. (or TopBet Tech Corp.) within **180 days** of the date of this Order.

However, Plaintiff's response does not address the status of service as to Defendant "Anna Mhatre," also referred to as "Anna Khalid."  Accordingly,

Plaintiff is ordered to show cause in writing, within **30 days** of this Order, why this action should not be dismissed for lack of prosecution as to this Defendant.  Failure to timely respond may result in dismissal of this action as to this Defendant.

**IT IS SO ORDERED.**