Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh (*pro hac vice*)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
dthornburgh@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiff, Edmond Rambod*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>Defendant "1" a/k/a "Anna Mhatre", et al.,<br><br>Defendants. | Case No. 2:24-cv-07215-AH(BFMx)<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR STAY PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS**<br><br>**DATE: May 13, 2026 (if required)**<br>**Time: 1:30 p.m.**<br><br>**Judge: Hon. Anne Hwang** |

COMES NOW Plaintiff, by and through the undersigned, and hereby respectfully responds to the Court's Order to Show Cause dated March 9, 2026, as to why the case against "Anna Mhatre" also referred to as "Anna Khalid" should not be

dismissed. In support thereof, Plaintiff states:

As previously disclosed, Plaintiff is a Claimant in a parallel action initiated by the Government in *United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907, pending in the United States District Court for the District of Columbia. In that action, seven cryptocurrency wallets were seized by the Government which contain more than $225 Million worth of cryptocurrency. *See* Doc. No. 43-1. Infiniweb Technology, Inc. and Itechno Specialist, Inc. are Defendants who were identified as the perpetrators in the Government's action. Defendant "1" a/k/a "Anna Mhatre" a/k/a "Anna Khalid" (hereinafter "Anna Mhatre" or "Mhatre") is an unknown individual who used an alias to defraud Plaintiff. Upon information and belief, Defendant "Anna Mhatre" is an employee of Itechno and/or Infiniweb.

In the Government's action, it identified a network of cryptocurrency wallets used by the perpetrators to steal nearly $3 Billion from primarily U.S. victims. Plaintiff's stolen cryptocurrency passed through at least 39 cryptocurrency wallets that were also identified in the Government's action. After identifying the link between Plaintiff and the Government's action, Plaintiff filed a claim for remission on December 19, 2025.

Plaintiff's counsel has been negotiating a settlement with the Government and other claimants, including Infiniweb, who is the owner of the seized defendant property. On February 21, 2026, a stay was entered in the *In Rem* action to allow the

Parties to engage in settlement negotiation. On March 16, 2026, an additional stay was entered in the *In Rem* action to allow settlement negotiations to continue. While a resolution has not yet been achieved, significant progress has been made and the undersigned hopes that a resolution can be reached within the next week or so. If a settlement is achieved in that action, Plaintiff will notify the Court immediately.

**WHEREFORE,** in light of the ongoing settlement negotiations, Plaintiff respectively requests that the Court discharge the Order to Show Cause (Dkt. No. 49) and grant a 30-day stay, or alternatively a 30-day extension of time, to allow Plaintiff to focus on resolution of this matter. Plaintiff is optimistic that a resolution in the *In Rem* action could resolve Plaintiff's case pending before this Court.

Respectfully submitted this 8th day of April, 2026.

By: /s/ Daniel J. Thornburgh
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

-and-

Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

*Counsel for Plaintiff, Edmond Rambod*

CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 8, 2026. Moreover, I will publish this motion and any order on Plaintiff's Service Website at https://usdccourtservice.com/cv-07215/.

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*