UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND RAMBOD,<br>Plaintiff,<br>v.<br>Defendant "1" a/k/a "Anna Mhatre", et al.<br>Defendants. | Case No. 2:24-cv-07215- AH(BFMx)<br>**ORDER RELATING TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE AND REQUEST FOR STAY [50]** |

Before this Court is Plaintiff's Response to Order to Show Cause and Request for Stay Pending the Outcome of Settlement Negotiations [ECF Doc. No. 50].

The Court, having reviewed Plaintiff's Response and the record, and it appearing to the Court that Plaintiff's Response is well taken and Plaintiff's request should be granted [without a hearing];

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this matter is stayed for a period of 30-days pending the outcome of settlement negotiations.

IT IS FURTHER ORDERED that the Court will extend the time in which to file the motion or proper stipulation and order for dismissal or judgment as to Defendant Anna Mhatre also referred to as Anna Khalid to May 8, 2026. Failure to timely file the motion or stipulation and order of dismissal/judgment shall result in the dismissal of this action as to Defendant Anna Mhatre.

IT IS SO ORDERED.

Dated: April 10, 2026

Hon. Anne Hwang
United States District Judge