Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh (*pro hac vice*)
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
dthornburgh@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiff, Edmond Rambod*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>ANNA MHATRE, INFINIWEB TECHNOLOGY, INC. and ITECHNO SPECIALIST, INC.,<br><br>Defendants. | Case No. 2:24-cv-07215-AH(BFM)<br><br>**NOTICE OF MOTION AND PLAINTIFF'S AGREED MOTION TO CONTINUE**<br><br>**Date: June 3, 2026 (if required)**<br>**Time: 1:30 p.m.**<br><br>**Judge: Hon. Anne Hwang** |

COMES NOW, Plaintiff Edmond Rambod, by and through the undersigned counsel, and hereby files this Agreed Motion to Continue the April 23, 2026 deadline for Defendant Infiniweb Technology Inc. ("Infiniweb") to file a Motion to Dismiss. In support of this Motion, Plaintiff states as follows:

1. As reflected in Plaintiff's First Amendment Complaint, Dkt. 43, this action is closely related to a pending civil-forfeiture action before the United States District Court for the District of Columbia, *United States v. Approximately 225,364,961 USDT*, Case No. 1:25-cv-01907.

2. Plaintiff is one of 265 individual claimants in the civil-forfeiture action.

3. There are productive and ongoing settlement discussions among the United States, individual claimants, and Infiniweb seeking a global resolution of the civil-forfeiture action.

4. Such a global resolution would further proceedings in this case unnecessary.

5. No party other than Plaintiff has entered an appearance in this action, and no party other than Infiniweb has been served or waived service.

6. Infiniweb has agreed to a 90-day extension of its deadline to file a motion to dismiss in this case, to June 22, 2026, so that settlement discussions can proceed.

7. There have been no previous requests to continue Infiniweb's deadline to file a motion to dismiss.

8. Plaintiff and Infiniweb would be prejudiced if they were forced to brief complex issues unnecessarily, and the other parties to the civil-forfeiture action would be prejudiced if adversarial briefing in this case delayed a global resolution.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order granting a ninety (90) day extension, to June 22, 2026, of Infiniweb's deadline to file a motion to dismiss.

**L.R. 7-3 CERTIFICATION**

Plaintiff has conferred with counsel for Infiniweb, and Infiniweb agrees to the requested extension.

**LR 11-6.2 CERTIFICATION**

Counsel hereby certifies that this memorandum complies with the word count pursuant to Local Rule 11-6.2.

Dated: April 23, 2026.

Respectfully sumbitted

By : /s/ *Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

-and-

Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

*Counsel for Plaintiff, Edmond Rambod*

## CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 23, 2026. Moreover, I will publish this motion and any order on Plaintiff's Service Website at https://usdccourtservice.com/cv-07215/.

Respectfully submitted,

By: *<u>/s/ Daniel J. Thornburgh</u>*

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*