Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh (*pro hac vice*)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
dthornburgh@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiff, Edmond Rambod*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>Defendant "1" a/k/a "Anna Mhatre", et al.,<br><br>Defendants. | Case No. 2:24-cv-07215-AH(BFMx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT NEGOTIATIONS AND REQUEST FOR STAY PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS**<br><br>**DATE: June 10, 2026 (if required)**<br>**Time: 1:30 p.m.**<br><br>**Judge: Hon. Anne Hwang** |

COMES NOW Plaintiff, by and through the undersigned, and pursuant to the Court's requirements, hereby respectfully notifies the Court that Plaintiff is engaged in productive and ongoing settlement discussions that may potentially resolve this

matter. Accordingly, Plaintiff respectfully requests that the court enter a stay until June 22, 2026, in this matter. In support, Plaintiff states:

1. On April 10, 2026, the Court granted Plaintiff's request for a brief stay pending settlement negotiations and extended the deadline to May 8, 2026, for Plaintiff to file a motion or stipulation and proposed order of dismissal/judgment as to Defendant Anna Mhatre. This constitutes the only prior extension sought and granted as to a motion or stipulation and proposed order of dismissal/judgment against Defendant Mhatre.

2. As previously disclosed, Plaintiff is a Claimant in a parallel action initiated by the Government in *United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907, pending in the United States District Court for the District of Columbia. In that action, seven cryptocurrency wallets were seized by the Government which contain more than $225 Million worth of cryptocurrency. *See* Doc. No. 43-1.

3. Plaintiff is one of 265 individual claimants in the civil-forfeiture action.

4. There are productive and ongoing settlement discussions between the United States, individual claimants, and Infiniweb, with the goal of reaching a global resolution of the civil-forfeiture action.

4. Although a final resolution has not yet been reached, substantial progress has been made.

5. Additional time is necessary as the ongoing settlement discussions

continue.

6. On February 21, 2026, and March 16, 2026, the court in the *In Rem* action entered stays to facilitate settlement negotiations.

7. On April 23, 2026, Plaintiff filed an Agreed Motion to Continue, allowing Infiniweb until June 22, 2026, to respond to the complaint (Dkt. No. 52).

8. On April 30, 2026, the court in the *In Rem* action entered an additional stay to allow settlement negotiations to continue.

9. A global resolution would likely render further proceedings in this case unnecessary and conserve the resources of both the parties and this Court.

10. Plaintiff and Infiniweb would be prejudiced if they were forced to brief complex issues unnecessarily, and the other parties to the civil-forfeiture action would be prejudiced if adversarial briefing in this case delayed a global resolution.

**WHEREFORE,** in light of the ongoing settlement negotiations, Plaintiff respectively requests the Court grant a stay until June 22, 2026, to allow Plaintiff to focus on resolving this forfeiture-related matter.

Respectfully submitted this 1st day of May, 2026.

By: /s/ Daniel J. Thornburgh

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

-and-

Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

*Counsel for Plaintiff, Edmond Rambod*

CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 1, 2026. Moreover, I will publish this motion and any order on Plaintiff's Service Website at https://usdccourtservice.com/cv-07215/.

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*