UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | **CV 24-7215-AH(BFMx)** | Date | MAY 20, 2026 |

Title Edmond Rambod et al v. Defendant 1 et al

Present: The Honorable ANNE HWANG, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings: IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Court is in receipt of Plaintiff's agreed-upon motion to continue the deadline for Defendant Infinitiweb Technology Inc. to file a motion to dismiss (Dkt. No. **[52]**) and Plaintiff's request for a stay until June 22, 2026, pending settlement negotiations (Dkt. No. **[53]**). The Court deems these motions appropriate for decision without oral argument, and VACATES the hearings set on June 3, 2026, and June 10, 2026. Fed. R. Civ. P. 78(b); L.R. 7-15.

The motion to continue the deadline for Defendant Infinitiweb Technology Inc. to file a motion to dismiss is GRANTED, and the deadline to file a responsive pleading is extended to June 22, 2026. Additionally, the deadline for Plaintiff to file a motion or proper stipulation and order for dismissal or judgment as to Defendant Anna Mhatre, also referred to as Anna Khalid, is extended to June 22, 2026. Accordingly, the request for a stay is DENIED as moot.

IT IS SO ORDERED.

cc: all parties