Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh (*pro hac vice*)
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
dthornburgh@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiff, Edmond Rambod*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>ANNA MHATRE, INFINIWEB TECHNOLOGY, INC. and ITECHNO SPECIALIST, INC.,<br><br>Defendants. | Case No. 2:24-cv-07215-AH(BFM)<br><br>**NOTICE OF REQUEST AND PLAINTIFF'S AGREED REQUEST FOR TEMPORARY STAY**<br><br>**Date: July 29, 2026 (if required)**<br>**Time: 1:30 p.m.**<br><br>**Judge: Hon. Anne Hwang** |

COMES NOW, Plaintiff Edmond Rambod, by and through the undersigned counsel, and hereby files this Agreed Request for a Temporary Stay and to Continue the June 22, 2026, deadline for an additional 60-days for Defendant Infiniweb Technology Inc. ("Infiniweb") to file a Motion to Dismiss and for Plaintiff to file a motion or proper stipulation and order for dismissal or judgment as to Defendant Anna Mhatre, also referred to as Anna Khalid. In support, Plaintiff states as follows:

1. As previously disclosed, Plaintiff is a Claimant in a parallel action initiated by the Government in *United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907, pending in the United States District Court for the District of Columbia. In that action, seven cryptocurrency wallets were seized by the Government which contain more than $225 Million worth of cryptocurrency [ECF No. 43-1].

2. Plaintiff is one of 265 individual claimants in the civil-forfeiture action.

3. Defendants Infiniweb Technology, Inc. and Itechno Specialist, Inc. are Defendants who were identified as the perpetrators in the Government's action. *Id.*

4. Defendant "1" a/k/a "Anna Mhatre" a/k/a "Anna Khalid" (hereinafter "Anna Mhatre" or "Mhatre") is an unknown individual who used an alias to defraud Plaintiff. Upon information and belief, Defendant "Anna Mhatre" is an employee of Itechno and/or Infiniweb

5. On April 10, 2026, the Court granted Plaintiff's request for a brief stay pending settlement negotiations and extended the deadline to May 8, 2026, for

Plaintiff to file a motion or stipulation and proposed order of dismissal/judgment as to Defendant Anna Mhatre [ECF No. 51].

6. On May 20, 2026, the Court continued the deadlines for Plaintiff to file a motion or stipulation and proposed order of dismissal/judgment as to Defendant Anna Mhatre and for Defendant Infiniweb Technology Inc. to file a motion to dismiss to June 22, 2026 [ECF No. 54].

7. These constitute the only prior extensions sought and granted as to a motion or stipulation and proposed order of dismissal/judgment against Defendant Mhatre as well as for Defendant Infiniweb to file a motion to dismiss or otherwise respond to Plaintiff's Amended Complaint.

8. Additional time is necessary as the ongoing settlement discussions are continuing among the United States, individual claimants, including Plaintiff and Defendant Infiniweb.

9. Such a global resolution would further proceedings in this case unnecessary.

10. No party other than Plaintiff has entered an appearance in this action, and no party, other than Defendant Infiniweb, has been served or waived service.

11. Plaintiff and Defendant Infiniweb would be prejudiced if they were forced to brief complex issues unnecessarily, and the other parties to the civil-forfeiture action would be prejudiced if adversarial briefing in this case delayed a global resolution.

12. Plaintiff and Defendant Infiniweb have agreed to the above-requested stay until August 21, 2026, so that settlement discussions can proceed.

WHEREFORE, the parties respectfully request that this Honorable Court enter an order granting a sixty (60) day stay in this matter to August 21, 2026.

**L.R. 7-3 CERTIFICATION**

Plaintiff has conferred with counsel for Infiniweb, and Plaintiff and Infiniweb agree to the requested extension.

**LR 11-6.2 CERTIFICATION**

Counsel hereby certifies that this memorandum complies with the word count pursuant to Local Rule 11-6.2.

Dated: June 22, 2026.

Respectfully Submitted,

By : */s/ Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

-and-

Kiley L. Grombacher

Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

*Counsel for Plaintiff, Edmond Rambod*

CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 22, 2026. Moreover, I will publish this motion and any order on Plaintiff's Service Website at https://usdccourtservice.com/cv-07215/.

Respectfully submitted,

By: */s/ Daniel J. Thornburgh*

Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*