UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| **Case No.** | **CV 24-7215-AH(BFMx)** | Date | JULY 1, 2026 |
| Title | Edmond Rambod et al v. Defendant 1 et al | | |

| | |
|---|---|
| Present: The Honorable | ANNE HWANG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| YOLANDA SKIPPER | NOT REPORTED |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings: IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, the Court is in receipt of Plaintiff's agreed-upon motion to continue the deadline for Defendant Infinitiweb Technology Inc. to file a motion to dismiss or respond to Plaintiff's Amended Complaint and for Plaintiff to file a motion or proper stipulation and order for dismissal or judgment as to Defendant Anna Mhatre, also referred to as Anna Khalid, and request for a stay pending settlement discussions. Dkt. No. [55].

The Court deems this motion appropriate for decision without oral argument and VACATES the hearing set on July 29, 2026. Fed. R. Civ. P. 78(b); L.R. 7-15. The motion is GRANTED IN PART:

The deadline for Defendant Infinitiweb Technology Inc. to file a responsive pleading is extended to August 21, 2026; the deadline for Plaintiff to file dismissal documents as to Defendant Anna Mhatre is extended to August 21, 2026; and accordingly, the request for a stay is DENIED as moot.

IT IS SO ORDERED.

cc: all parties