Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100
Facsimile: 805-270-7589

Daniel J. Thornburgh (*pro hac vice*)
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
dthornburgh@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Counsel for Plaintiff, Edmond Rambod*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>ANNA MHATRE, INFINIWEB TECHNOLOGY, INC. and ITECHNO SPECIALIST, INC.,<br><br>Defendants. | Case No. 2:24-cv-07215-AH(BFM)<br><br>**NOTICE OF REQUEST AND PLAINTIFF'S AGREED REQUEST TO STAY PROCEEDINGS PENDING FINALIZATION OF SETTLEMENT**<br><br>**Date: October 7, 2026 (if required)**<br>**Time: 1:30 p.m.**<br><br>**Judge: Hon. Anne Hwang** |

**COMES NOW,** Plaintiff Edmond Rambod, by and through undersigned counsel, and respectfully files this Agreed Request to Stay Proceedings Pending Finalization of Settlement through November 3, 2026, or such other period as the Court deems appropriate, to allow the parties to finalize and execute settlement documentation and complete implementation of their settlement agreement in a parallel action pending in the District of Columbia.

In support thereof, Plaintiff states as follows:

1. As previously disclosed, Plaintiff is a claimant in the parallel action *United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907 (the "*in rem* action"), pending in the United States District Court for the District of Columbia. In that action, the Government seized seven cryptocurrency wallets containing more than $225 million in cryptocurrency. [ECF No. 43-1].
2. For several months, Plaintiff's counsel has actively participated in good-faith settlement negotiations with the Government, Infiniweb and other Claimants in the Forfeiture *In Rem* action.
3. As a result of those negotiations, the parties have reached a settlement in principle that is expected to fully resolve the present matter.
4. Several material steps remain before any settlement can become effective, including obtaining any necessary governmental approvals, preparing and executing settlement documents, and implementing a claims review process.

5. On August 7, 2026, the court presiding over the *in rem* action entered an additional stay and directed the parties to file Joint Status Reports on September 4, 2026, and every thirty days thereafter until the stay is lifted or a final resolution is presented to the court.

6. Because the parties reasonably anticipate that the settlement will fully resolve this action, further litigation during this period would result in unnecessary expenditure of judicial and party resources.

7. A brief stay will promote judicial economy, conserve litigation expenses, and permit the parties to focus on completing the settlement process.

8. The parties anticipate filing either a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a) or other appropriate dismissal papers promptly upon execution of the settlement agreement.

9. Accordingly, Plaintiff and Defendant Infiniweb have agreed to the requested stay, which will align this matter with the schedule established in the *in rem* action and permit the parties sufficient time to finalize the anticipated settlement.

10. Granting the requested relief will conserve the resources of both the Court and the parties and promote judicial economy.

**WHEREFORE**, the parties respectfully request that the Court:

A. Stay all proceedings in this action for sixty (60) days, or other such time as the Court deems appropriate;

B. Vacate any pending deadlines during the stay period;

C. Alternatively, extend the deadlines until November 3, 2026;

D. Order the parties to file a status report, dismissal documents, or such other notice as the Court directs no later than the expiration of the stay; and

D. Grant such further relief as the Court deems just and proper.

**L.R. 7-3 CERTIFICATION**

Plaintiff has conferred with counsel for Infiniweb, and Plaintiff and Infiniweb agree to the requested stay.

**LR 11-6.2 CERTIFICATION**

Counsel hereby certifies that this memorandum complies with the word count pursuant to Local Rule 11-6.2.

Dated: August 21, 2026.

Respectfully Submitted,

By : */s/ Daniel J. Thornburgh*
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

-and-

Kiley L. Grombacher
Bradley Grombacher, LLP
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Kgrombacher@bradleygrombacher.com
Telephone: 805-270-7100

Facsimile: 805-270-7589

*Counsel for Plaintiff, Edmond Rambod*

CERTIFICATE OF SERVICE

I, Daniel J. Thornburgh, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 21, 2026. Moreover, I will publish this filing and any order on Plaintiff's Service Website at https://usdccourtservice.com/cv-07215/.

Respectfully submitted,

By: *<u>/s/ Daniel J. Thornburgh</u>*
Daniel J. Thornburgh, Esq.
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
dthornburgh@awkolaw.com

*Counsel for Plaintiff, Edmond Rambod*