**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EDMOND RAMBOD,<br><br>Plaintiff,<br><br>v.<br><br>ANNA MHATRE, INFINIWEB TECHNOLOGY, INC. and ITECHNO SPECIALIST, INC.,<br><br>Defendants. | Case No. 2:24-cv-07215-AH(BFM)<br><br>**ORDER RELATING TO PLAINTIFF'S AGREED REQUEST TO STAY PROCEEDINGS (DKT. [57])** |

Before this Court is Plaintiff's Agreed Request to Stay Proceedings Pending Finalization of Settlement filed on August 21, 2026 [Dkt. No. 57]. The parties state they have reached a settlement in principle. (Id. at 1.) The proposed settlement includes resolution of the present claim pending before this Court, and the parties state they need additional time to finalize the terms of the agreement. (Id.) The parties agree that a stay is necessary to continue engaging in good-faith negotiations to finalize the agreement. (Id.)

The Court, having reviewed Plaintiff's Request finds that the parties have reached a settlement in principle that would resolve the present action pending before this Court, and it appearing to the Court that Plaintiff's Request is well taken and should be granted without a hearing;

**IT IS THEREFORE ORDERED** as follows:

1. All deadlines, including the deadline for Defendants Infiniweb Technology, Inc. to file Motion to Dismiss or otherwise respond to Plaintiff's Amended Complaint and for Plaintiff to file a motion or proper stipulation and order for dismissal or judgment as to Defendant Anna Mhatre, also referred to as Anna Khalid, are stayed until October 23, 2026; and
2. The parties are ordered to file a joint status report on or before October 14, 2026.

**IT IS SO ORDERED.**

Dated: August 24, 2026

Hon. Anne Hwang
United States District Judge